COMMONWEALTH OF MASSACHUSETTS

DOCKET NO. 19-3242

Wendy Harrington
PLAINTIFF(S)    (PRINT NAME CLEARLY)

FILED
IN THE OFFICE OF THE
CLERK OF COURTS
FOR THE COUNTY OF MIDDLESEX

NOV 04 2019

CLERK

VS.

Deutsche Bank National Trust Co.
DEFENDANT(S)    (PRINT NAME CLEARLY)
as "trustee" for securitized asset Backed receivables
LLC trust 2007 HE1, Mortgage pass-through certificates
series 2007 HE1

COMPLAINT

## PARTIES

1) Plaintiff(s) reside at 4 Mercier St Orcutt Ma 01826
                                    Street                      City or Town

in the County of Middlesex

2) Defendant(s) reside at _____

in the County of _____

## FACTS

3) Harrington seeks relief per MGL 244 sec 12 "procedure after sale" and injunctive relief against the above named defendant. On 10-25-18 Harrington delivered personally to Korde and associates a denial of indebtedness to Deutsche Bank and any claiming under them. Ex 1. Harrington did not execute the "note" that deutsche Bank is presenting and this nullifies the right to foreclose under 209 CMR 18:21 A(2)(c). at 3:00 pm on 10-25-18 a Don Weiner from Baystate auction informed Harrington that an auction was to proceed.

WHEREFORE THE PLAINTIFF REQUESTS THIS HONORABLE COURT TO:

A) Issue a Temporary Restraining Order restraining the defendant(s) from coming near plaintiffs residence at _____.

B) Order the defendant(s) not to come near the plaintiffs place of employment located at _____ and/or school located at _____.

C) Order the defendant(s) not to call the plaintiff(s) either at home or work.

D) Order the defendant(s) not to have any personal contact, directly or indirectly, or through any other person, by mail or any other electronic means with the plaintiff(s).

E) Order the defendant(s) to stay _____ yards away from the plaintiff(s) and/or any members of the plaintiff(s) family.

(OTHER)

MIDDLESEX, SS. *Commonwealth of Massachusetts*
SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT

In testimony that the foregoing is a true copy on file and of record made by photographic process, I hereunto set by hand and affix the seal of said Superior Court this *15th Day November 2019*

*Karen A. O'Connor*

Deputy Assistant Clerk

DATED: *11-4-18*                SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY.

_____
Signature of Plaintiff(s)

11-4-19

Wendy Harrington
JV.
Deutsche Bank national Trust co. as Trustee
for securitized asset Backed receivables LLC trust 2007
HE1 mortgage passthru certificates series 2007 HE1

Harrington seeks relief per MGL
244 sec 12 "procedure after sale" and
injunctive relief against the above
named defendant.

On 10-25-19, Harrington delivered [1]
personally to Korde and Associates a
denial of indebtedness to Deutsche Bank
and any claiming under them. Ex. 1

Harrington did not execute the "note"
that DeutscheBank is presenting and
this nullifies the document of right to
foreclose under 209 CMR 18:21 A (2)(c)[2]

At 2:00 pm on 10-25-19 a Dan Weiner
frome Baystate Auction informed Harrington
that an auction was to proceed.

1 note: at 12:00 pm
2 right to foreclose letter
from Korde and associates



At this time Harrington presented to Mr. Weiner a copy of the current Docket sheet of an active case in the Supreme Judicial Court, and informed Mr. Weiner that Harrington intended to charge with trespass under MGL 266 43A criminal trespass.

Mr. Weiner then stated that "anything that was to be done could be undone."

Harrington then called Dracut Police at 2:18pm then at 2:45 Mr. Weiner also called the police.

Harrington then informed all present of active case number 12781 in the Supreme Judicial Court. Ex 2

Harrington seeks relief per MGL 244 sec. 12 to set aside the sale and to permanently enjoin Deutsche Bank & any claiming under them from any action on her property.

I so Swear,
Wendy Harrington
978-160-3795   4 Mercier St.
Dracut, Ma 01826



10-24-19

Attention Konde and Associates,

Attorney Christopher James,

Please be advised that neither you, your client nor others associated with you should trespass on Harrington or her home on 4 Mercier St. Dracut, Ma. 01826

Please also be advised that Harrington has no relationship with Deutsche Bank or any claiming thereunder, as Harrington did not secure the "note" that you are presenting.

Please be advised that if you, your associates are caught trespassing, then Harrington fully intends and will charge you and your client, and associates with Aggravated Criminal Harassment under MGL 265 sec. 43 A.

Yours Truly,

Wendy Harrington
4 Mercier St. Dracut, Ma 01826

# Supreme Judicial Court and Appeals Court of Massachusetts
## Public Case Information



| Case Search |
| --- |
| • **Involved Party** |
| • Docket Number |
| • Attorney Appearance |
| • Lower Court |
| • Lower Court Judge |

| Court Calendars |
| --- |
| • SJC Full Court |
| • SJC Single Justice |
| • AC Full Court |
| • AC Single Justice |

| More Information |
| --- |
| • Contact Us |
| • Comments |
| • Helpful Links |

Bottom >

## SUPREME JUDICIAL COURT
### for the Commonwealth
### Case Docket
_____

**WENDY HARRINGTON vs. DEUTSCHE BANK NATIONAL TRUST CO.**
THIS CASE CONTAINS IMPOUNDED MATERIAL OR PID
SJC-12791
_____

### CASE HEADER

| | | | |
| --- | --- | --- | --- |
| **Case Status** | Ready (blue brf only) | **Status Date** | 08/27/2019 |
| **Nature** | Nature to be determined | **Entry Date** | 08/07/2019 |
| **Appellant** | Defendant | **Case Type** | Civil |
| **Brief Status** | Awaiting red brief | **Brief Due** | 09/23/2019 |
| **Quorum** | | | |
| **Argued Date** | | **Decision Date** | |
| **AC/SJ Number** | SJ-2018-0592 | **Citation** | |
| **DAR/FAR Number** | | **Lower Ct Number** | SJ-2018-0592 |
| **Lower Court** | SJC for Suffolk County | **Lower Ct Judge** | Garry V. Inge, J. |
| **Route to SJC** | Direct Entry: Appeal from Single Justice Order/Judgment | | |

| INVOLVED PARTY | ATTORNEY APPEARANCE |
| --- | --- |
| **Wendy Harrington**<br>Pro Se Petitioner/Appellant<br>Blue brief filed | |
| **Deutsche Bank National Trust Co.**<br>Respondent/Appellee<br>Awaiting red brief<br>Due 09/23/2019 | Eric Benjamin Hogberg, Esquire<br>Withdrawn |
| **Middlesex Superior Court**<br>Nominal Party<br>Awaiting red brief<br>Due 09/23/2019 | Daniel P. Sullivan, Esquire |

### DOCKET ENTRIES

| Entry Date | Paper | Entry Text |
| --- | --- | --- |
| 08/07/2019 | #1 | Entered. |
| 08/07/2019 | #2 | (IMPOUNDED) Affidavit of indigency of Wendy Harrington. (ALLOWED forthwith. See SJ-2018-592) |
| 08/22/2019 | #3 | MOTION to accept filing of a non-conforming brief, filed for Wendy Harrington by Wendy Harrington, Pro Se Petitioner/Appellant, Pro Se. ALLOWED. |
| 08/22/2019 | #4 | SERVICE of brief (non-conforming) for Petitioner/Appellant Wendy Harrington by Wendy Harrington, Pro Se Petitioner/Appellant. |
| 08/27/2019 | #5 | Withdrawal of appearance of Eric Benjamin Hogberg, Esquire for Deutsche Bank National Trust Co.. |
| 08/29/2019 | #6 | LETTER from Middlesex Superior Court requesting to be treated as a nominal party. |

< Top

As of 10/23/2019 20:00



# KORDE & ASSOCIATES, P.C.
## ATTORNEYS AT LAW

SERVING CONNECTICUT, MAINE, MASSACHUSETTS, NEW HAMPSHIRE, & RHODE ISLAND

October 4, 2019

Wendy M. Harrington a/k/a Wendy M. Clarke                    VIA FIRST CLASS MAIL &
4 Mercier Street                                             CERTIFIED MAIL NO.
Dracut, MA 01826

9489 0090 0027 6167 1509 98

RE:      Deutsche Bank National Trust Company, as Trustee for Securitized Asset Backed Receivables LLC
         Trust 2007-HE1, Mortgage Pass-Through Certificates, Series 2007-HE1 vs. Wendy M. Harrington
         a/k/a Wendy M. Clarke
         Land Court Case No.  17 SM 008331
         Property Address:  4 Mercier Street, Dracut, MA 01826
         K&A No. 15-019982

Dear Sir/Madam:

You are hereby notified of the intention of Deutsche Bank National Trust Company, as Trustee for Securitized Asset Backed Receivables LLC Trust 2007-HE1, Mortgage Pass-Through Certificates, Series 2007-HE1 to foreclose by sale under the power of sale contained in a certain mortgage given by Wendy M. Harrington to Mortgage Electronic Registration Systems, Inc. acting solely as a nominee for WMC Mortgage Corp.. Enclosed you will find a copy of the Mortgagee's Sale of Real Estate which sets forth the date and time of the foreclosure sale.

The notice is provided to you because an examination of the record title shows you held an interest of record in the property thirty (30) days prior to the sale.  Also enclosed is a copy of the Certification of Right to Foreclose pursuant to 209 C.M.R. 18.21A(2)(c)

THIS LETTER IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

**If you (1) did not execute the Promissory Note relating to this mortgage; (2) are in bankruptcy; or (3) have been discharged in bankruptcy, this letter is for informational purposes only and is not intended as an attempt to collect a debt or an act to collect, assess or recover all or any portion of the debt from you personally.**

Very truly yours,

Korde & Associates, P.C.

---

900 Chelmsford Street, Suite 3102, Lowell, Massachusetts 01851 Phone: 978-256-1500 / Fax: 978-256-7615
Hours of Operation: 8:30am – 5:30pm, EST Monday thru Friday



# KORDE & ASSOCIATES, P.C.
## ATTORNEYS AT LAW

SERVING CONNECTICUT, MAINE, MASSACHUSETTS, NEW HAMPSHIRE, & RHODE ISLAND

**DEFICIENCY NOTICE**

October 4, 2019

Wendy M. Harrington a/k/a Wendy M. Clarke
4 Mercier Street
Dracut, MA 01826

VIA FIRST CLASS MAIL &
CERTIFIED MAIL NO.

RE: Property: 4 Mercier Street, Dracut, MA 01826
  K&A No. 15-019982
  Mortgage Held By: Deutsche Bank National Trust Company, as Trustee for Securitized Asset Backed
  Receivables LLC Trust 2007-HE1, Mortgage Pass-Through Certificates, Series 2007-HE1
  Mortgage Given To: Mortgage Electronic Registration Systems, Inc. acting solely as a nominee for WMC
  Mortgage Corp.
  Date of Mortgage: August 31, 2006
  Original Principal Amount of Mortgage: $215,000.00
  Mortgage recorded in Middlesex County (Northern District) Registry of Deeds in Book 20476, Page 222
  (the "Mortgage")

Dear Sir/Madam:

You are hereby notified in accordance with the statutes of the Commonwealth of Massachusetts of our intention on October 25, 2019 at 3:00 PM to foreclose by sale under power of sale for breach of conditions, and by entry, the above captioned Mortgage given to secure a note for the above stated original principal amount for the whole or part of which you may be liable to the above named holder of the Mortgage in the event of a deficiency in the proceeds of the foreclosure sale.

THIS LETTER IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

**If you (1) did not execute the Promissory Note relating to this Mortgage; (2) are in bankruptcy; or (3) have been discharged in bankruptcy, this letter is for informational purposes only and is not intended as an attempt to collect a debt or an act to collect, assess or recover all or any portion of the debt from you personally.**

Sincerely,

Korde & Associates, P.C.

---

900 Chelmsford Street, Suite 3102, Lowell, Massachusetts 01851 Phone: 978-256-1500 / Fax: 978-256-7615
Hours of Operation: 8:30am – 5:30pm, EST Monday thru Friday

| CIVIL ACTION COVER SHEET | DOCKET NUMBER 19-3242 | Trial Court of Massachusetts The Superior Court |
|---|---|---|

| PLAINTIFF(S): Wendy Harrington | COUNTY |
|---|---|
| ADDRESS: 4 Merelier St Dracut, Ma 01826 | DEFENDANT(S): Deutsche Bank national Trust Co. 2007 mortgage pass thru certificates 2007 HE1 |
| ATTORNEY: | ADDRESS: Deutsche Bank national trust Co. as trustee for securitized asset Backed receivables LLC trust 2007 HE1 mortgage passthrough certificates series 2007 HE1 |
| ADDRESS: | |
| BBO: | |

**TYPE OF ACTION AND TRACK DESIGNATION (see reverse side)**

| CODE NO. 003 | TYPE OF ACTION (specify) BET E04 injunction | TRACK F | HAS A JURY CLAIM BEEN MADE? ☐ YES ☐ NO |
|---|---|---|---|

*If "Other" please describe:

Is there a claim under G.L. c. 93A? ☒ YES ☐ NO     Is this a class action under Mass. R. Civ. P. 23? ☐ YES ☐ NO

**STATEMENT OF DAMAGES PURSUANT TO G.L. c. 212, § 3A**

The following is a full, itemized and detailed statement of the facts on which the undersigned plaintiff or plaintiff's counsel relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

**TORT CLAIMS**
(attach additional sheets as necessary)

A. Documented medical expenses to date:
1. Total hospital expenses ............................................................... $
2. Total doctor expenses ................................................................. $
3. Total chiropractic expenses ......................................................... $
4. Total physical therapy expenses .................................................. $
5. Total other expenses (describe below) ......................................... $
Subtotal (A): $

B. Documented lost wages and compensation to date ....................... $
C. Documented property damages to date ........................................ $
D. Reasonably anticipated future medical and hospital expenses ...... $
E. Reasonably anticipated lost wages ............................................. $
F. Other documented items of damages (describe below) ................. $

G. Briefly describe plaintiff's injury, including the nature and extent of injury:

TOTAL (A-F): $

(attach additional sheets as necessary)

**CONTRACT CLAIMS**
☐ This action includes a claim involving collection of a debt incurred pursuant to a revolving credit agreement. Mass. R. Civ. P. 8.1(a).
Provide a detailed description of claim(s):

TOTAL: $

Signature of Attorney/ Unrepresented Plaintiff: X Wendy     Date: 11-4-8

**FILED**
IN THE OFFICE OF THE
CLERK OF COURTS
FOR THE COUNTY OF MIDDLESEX

NOV 04 2019

CLERK

MIDDLESEX, ss. *Commonwealth of Massachusetts*
SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT

In testimony that the foregoing is a true copy on file and of record made by photographic process, I hereunto set by hand and affix the seal of said Superior Court this 18th November 2019

Karen A. O'Connor

**RELATED ACTIONS:** Please provide the case number, case name, and county of any related actions pending in the Superior Court.

**CERTIFICATION PURSUANT TO SJC RULE 1:18**

I hereby certify that I have complied with requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods of dispute resolution.

Signature of Attorney of Record: X     Date: 11-4-8

## CIVIL ACTION COVER SHEET INSTRUCTIONS
## SELECT CATEGORY THAT BEST DESCRIBES YOUR CASE

### AC Actions Involving the State/Municipality *

AA1 Contract Action involving Commonwealth,
    Municipality, MBTA, etc. (A)
AB1 Tortious Action involving Commonwealth,
    Municipality, MBTA, etc. (A)
AC1 Real Property Action involving
    Commonwealth, Municipality, MBTA etc. (A)
AD1 Equity Action involving Commonwealth,
    Municipality, MBTA, etc. (A)
AE1 Administrative Action involving
    Commonwealth, Municipality, MBTA,etc., (A)

### CN Contract/Business Cases

A01 Services, Labor, and Materials (F)
A02 Goods Sold and Delivered (F)
A03 Commercial Paper (F)
A04 Employment Contract (F)
A05 Consumer Revolving Credit - M.R.C.P. 8.1 (F)
A06 Insurance Contract (F)
A08 Sale or Lease of Real Estate (F)
A12 Construction Dispute (A)
A14 Interpleader (F)
BA1 Governance, Conduct, Internal
    Affairs of Entities (A)
BA3 Liability of Shareholders, Directors,
    Officers, Partners, etc. (A)
BB1 Shareholder Derivative (A)
BB2 Securities Transactions (A)
BC1 Mergers, Consolidations, Sales of
    Assets, Issuance of Debt, Equity, etc. (A)
BD1 Intellectual Property (A)
BD2 Proprietary Information or Trade
    Secrets (A)
BG1 Financial Institutions/Funds (A)
BH1 Violation of Antitrust or Trade
    Regulation Laws (A)
A99 Other Contract/Business Action - Specify (F)

\* Choose this case type if ANY party is the
Commonwealth, a municipality, the MBTA, or any
other governmental entity UNLESS your case is a
case type listed under Administrative Civil Actions
(AA).

† Choose this case type if ANY party is an
incarcerated party, UNLESS your case is a case
type listed under Administrative Civil Actions (AA)
or is a Prisoner Habeas Corpus case (E97).

### ER Equitable Remedies

D01 Specific Performance of a Contract (A)
D02 Reach and Apply (F)
D03 Injunction (F)
D04 Reform/ Cancel Instrument (F)
D05 Equitable Replevin (F)
D06 Contribution or Indemnification (F)
D07 Imposition of a Trust (A)
D08 Minority Shareholder's Suit (A)
D09 Interference in Contractual Relationship (F)
D10 Accounting (A)
D11 Enforcement of Restrictive Covenant (F)
D12 Dissolution of a Partnership (F)
D13 Declaratory Judgment, G.L. c.231A (A)
D14 Dissolution of a Corporation (F)
D99 Other Equity Action (F)

### PA Civil Actions Involving Incarcerated Party †

PA1 Contract Action involving an
    Incarcerated Party (A)
PB1 Tortious Action involving an
    Incarcerated Party (A)
PC1 Real Property Action involving an
    Incarcerated Party (F)
PD1 Equity Action involving an
    Incarcerated Party (F)
PE1 Administrative Action involving an
    Incarcerated Party (F)

### TR Torts

B03 Motor Vehicle Negligence - Personal
    Injury/Property Damage (F)
B04 Other Negligence - Personal
    Injury/Property Damage (F)
B05 Products Liability (A)
B06 Malpractice - Medical (A)
B07 Malpractice - Other (A)
B08 Wrongful Death - Non-medical (A)
B15 Defamation (A)
B19 Asbestos (A)
B20 Personal Injury - Slip & Fall (F)
B21 Environmental (F)
B22 Employment Discrimination (F)
BE1 Fraud, Business Torts, etc. (A)
B99 Other Tortious Action (F)

### RP Summary Process (Real Property)

S01 Summary Process - Residential (X)
S02 Summary Process - Commercial/
    Non-residential (F)

### RP Real Property

C01 Land Taking (F)
C02 Zoning Appeal, G.L. c. 40A (F)
C03 Dispute Concerning Title (F)
C04 Foreclosure of a Mortgage (X)
C05 Condominium Lien & Charges (X)
C99 Other Real Property Action (F)

### MC Miscellaneous Civil Actions

E18 Foreign Discovery Proceeding (X)
E97 Prisoner Habeas Corpus (X)
E22 Lottery Assignment, G.L. c. 10 §28 (X)

### AB Abuse/Harassment Prevention

E15 Abuse Prevention Petition, G.L. c. 209A (X)
E21 Protection from Harassment, G.L. c. 258E(X)

### AA Administrative Civil Actions

E02 Appeal from Administrative Agency,
    G.L. c. 30A (X)
E03 Certiorari Action, G.L. c.249 §4 (X)
E05 Confirmation of Arbitration Awards (X)
E06 Mass Antitrust Act, G. L. c. 93 §9 (A)
E07 Mass Antitrust Act, G. L. c. 93 §8 (X)
E08 Appointment of a Receiver (X)
E09 Construction Surety Bond, G.L. c. 149
    §§29, 29A (A)
E10 Summary Process Appeal (X)
E11 Worker's Compensation (X)
E16 Auto Surcharge Appeal (X)
E17 Civil Rights Act, G.L. c.12 §11H (X)
E24 Appeal from District Court
    Commitment, G.L. c.123 §9(b) (X)
E25 Pleural Registry (Asbestos cases)
E95 Forfeiture, G.L. c.94C §47 (F)
E99 Other Administrative Action (X)
Z01 Medical Malpractice - Tribunal only,
    G.L. c. 231 §60B (F)
Z02 Appeal Bond Denial (X)

### SO Sex Offender Review

E12 SDP Commitment, G.L. c. 123A §12 (X)
E14 SDP Petition, G.L. c. 123A §9(b) (X)

### RC Restricted Civil Actions

E19 Sex Offender Registry, G.L. c.6 §178M (X)
E27 Minor Seeking Consent, G.L. c.112 §12S (X)

### TRANSFER YOUR SELECTION TO THE FACE SHEET

EXAMPLE:

| CODE NO. | TYPE OF ACTION (specify) | TRACK | HAS A JURY CLAIM BEEN MADE? |
|---|---|---|---|
| B03 | Motor Vehicle Negligence-Personal Injury | F | ☒ YES ☐ NO |

## STATEMENT OF DAMAGES PURSUANT TO G.L. c. 212, § 3A

**DUTY OF THE PLAINTIFF** - The plaintiff shall set forth, on the face of the civil action cover sheet (or attach additional sheets as necessary), a statement specifying the facts on which the plaintiff relies to determine money damages. A copy of such civil action cover sheet, including the statement as to the damages, shall be served with the complaint. A clerk-magistrate shall not accept for filing a complaint, except as otherwise provided by law, unless it is accompanied by such a statement signed by the attorney or self-represented litigant.

**DUTY OF THE DEFENDANT** - If the defendant believes that the statement of damages filed by the plaintiff is inadequate, the defendant may file with his/her answer a statement specifying the potential damages which may result if the plaintiff prevails.

## A CIVIL COVER SHEET MUST BE FILED WITH EACH COMPLAINT.
## FAILURE TO COMPLETE THIS COVER SHEET THOROUGHLY AND ACCURATELY
## MAY RESULT IN DISMISSAL OF THIS ACTION.

| **SUMMONS AND ORDER OF NOTICE** | DOCKET NUMBER<br>**1981CV03242** | **Trial Court of Massachusetts**<br>**The Superior Court** |
|---|---|---|

| CASE NAME:<br>Harrington, Wendy vs. Deutsche Bank National Trust Company as ~~Trustee for the Securitized Asset Backed Receivables LLC Trust~~ | Michael A. Sullivan, Clerk of Court<br>Middlesex County |
|---|---|

| To:<br>Deutsche Bank National Trust Company as Trustee for the Securitized Asset Backed Receivables LLC Trust 2007-HEI, Mor | COURT NAME & ADDRESS<br>Middlesex Superior - Lowell<br>360 Gorham Street<br>Lowell, MA 01852 |
|---|---|

To the above named defendant(s):

You are hereby summoned and required to serve upon:

**Wendy Harrington**
**4 Mercier Street**
**Dracut, MA 01826**

an answer to the complaint which is herewith served upon you. This must be done within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, Judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this Court at Lowell either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

**WE ALSO NOTIFY YOU** that application for a Preliminary Injunction has been made in said action, as it appears in the complaint. A hearing on this matter has been scheduled for:

**Date:** 11/12/2019
**Time:** 02:00 PM
**Event:** Hearing on Preliminary Injunction
**Session Location:** Civil L1 /

at which time you may appear and show cause why such application should not be granted.

| DATE ISSUED<br>**11/04/2019** | CHIEF JUSTICE OF THE SUPERIOR COURT<br>Witness:<br>**Hon. Judith Fabricant** | ASSOCIATE JUSTICE<br><br>**Hon. Karen Green** | ASSISTANT CLERK<br>X |
|---|---|---|---|

**RETURN OF SERVICE**

SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT

I hereby certify and return that on _____ I served a copy of this summons, together with a copy of the Complaint

In testimony that the foregoing is a true copy on file
and made by
my hand and affix the seal of said Superior Court
this _15th_ Day of _November 2019_

_____ Deputy Assistant Clerk

PARTY NAME:
X

SCV02A 04/2017

| CIVIL TRACKING ORDER (STANDING ORDER 1- 88) | DOCKET NUMBER 1981CV03242 | Trial Court of Massachusetts The Superior Court |
|---|---|---|

| CASE NAME: Harrington, Wendy vs. Deutsche Bank National Trust Company as Trustee for the Securitized Asset Backed Receivables LLC Trust 2007-HEI, Mortgage Pass-Through Certificates Series 2007-HE! | Michael A. Sullivan, Clerk of Court Middlesex County |
|---|---|
| TO: File Copy | COURT NAME & ADDRESS Middlesex Superior - Lowell 360 Gorham Street Lowell, MA 01852 |

### TRACKING ORDER - F - Fast Track

You are hereby notified that this case is on the track referenced above as per Superior Court Standing Order 1-88. The order requires that the various stages of litigation described below must be completed not later than the deadlines indicated.

**STAGES OF LITIGATION**                    **DEADLINE**

| | SERVED BY | FILED BY | HEARD BY |
|---|---|---|---|
| Service of process made and return filed with the Court | | 02/03/2020 | |
| Response to the complaint filed (also see MRCP 12) | | 03/03/2020 | |
| All motions under MRCP 12, 19, and 20 | 03/03/2020 | 04/02/2020 | 05/04/2020 |
| All motions under MRCP 15 | 03/03/2020 | 04/02/2020 | 05/04/2020 |
| All discovery requests **and depositions** served and non-expert depositions completed | 08/31/2020 | | |
| All motions under MRCP 56 | 09/29/2020 | 10/29/2020 | |
| Final pre-trial conference held and/or firm trial date set | | | 02/26/2021 |
| Case shall be resolved and judgment shall issue by | | | 11/03/2021 |

**The final pre-trial deadline is not the scheduled date of the conference**. You will be notified of that date at a later time.

**Counsel for plaintiff must serve this tracking order on defendant before the deadline for filing return of service.**

This case is assigned to

| DATE ISSUED 11/04/2019 | ASSISTANT CLERK Brian F Burke | PHONE |
|---|---|---|

Date/Time Printed: 11-04-2019 15:54:11                    SCV026\ 08/2018

CRTR2709-CR



**COMMONWEALTH OF MASSACHUSETTS**
**MIDDLESEX COUNTY**
**Public Docket Report**

**1981CV03242 Harrington, Wendy vs. Deutsche Bank National Trust Company as Trustee for the Securitized Asset Backed Receivables LLC Trust 2007-HEI, Mortgage Pass-Through Certificates Series 2007-HE!**

| | | | |
|---|---|---|---|
| **CASE TYPE:** | Equitable Remedies | **FILE DATE:** | 11/04/2019 |
| **ACTION CODE:** | D03 | **CASE TRACK:** | F - Fast Track |
| **DESCRIPTION:** | Injunction | | |
| **CASE DISPOSITION DATE** 11/15/2019 | | **CASE STATUS :** | Closed |
| **CASE DISPOSITION:** | Transferred to another Court | **STATUS DATE :** | 11/15/2019 |
| **CASE JUDGE:** | | **CASE SESSION:** | Civil L1 |

## DCM TRACK

| Tickler Description | Due Date | Completion Date |
|---|---|---|
| Service | 02/03/2020 | 11/15/2019 |
| Rule 15 Served By | 03/03/2020 | 11/15/2019 |
| Rule 12/19/20 Served By | 03/03/2020 | 11/15/2019 |
| Answer | 03/03/2020 | 11/15/2019 |
| Rule 12/19/20 Filed By | 04/02/2020 | 11/15/2019 |
| Rule 15 Filed By | 04/02/2020 | 11/15/2019 |
| Rule 15 Heard By | 05/04/2020 | 11/15/2019 |
| Rule 12/19/20 Heard By | 05/04/2020 | 11/15/2019 |
| Discovery | 08/31/2020 | 11/15/2019 |
| Rule 56 Served By | 09/29/2020 | 11/15/2019 |
| Rule 56 Filed By | 10/29/2020 | 11/15/2019 |
| Final Pre-Trial Conference | 02/26/2021 | 11/15/2019 |
| Judgment | 11/03/2021 | 11/15/2019 |

## PARTIES

| | |
|---|---|
| **Plaintiff**<br>Harrington, Wendy<br>4 Mercier Street<br>Dracut, MA 01826 | **Attorney**    **PROPER**<br>Pro Se<br>Massachusetts Bar<br>Added Date: 11/04/2019 |
| **Defendant**<br>Deutsche Bank National Trust Company as Trustee for the Securitized Asset Backed Receivables LLC Trust 2007-HEI, Mortgage Pass-Through Certificates Series 2007-HE! | **Attorney**    **679480**<br>Hale Y Lake<br>Hinshaw & Culbertson LLP<br>Hinshaw & Culbertson LLP<br>53 State St<br>27th Floor<br>Boston, MA 02109<br>Work Phone (617) 213-7000<br>Added Date: 11/15/2019 |

CRTR2709-CR



**COMMONWEALTH OF MASSACHUSETTS**
**MIDDLESEX COUNTY**
**Public Docket Report**

| EVENTS | | | | |
|---|---|---|---|---|
| Date | Session | Event | Result | Resulting Judge |
| 11/12/2019 | Civil L1 | Hearing on Preliminary Injunction | Not Held | Barrett |

| FINANCIAL SUMMARY | | | | |
|---|---|---|---|---|
| | Fees/Fines/Costs/Charge | Assessed | Paid | Dismissed | Balance |
| Total | | 280.00 | 0.00 | 0.00 | 280.00 |

CRTR2709-CR



**COMMONWEALTH OF MASSACHUSETTS**
**MIDDLESEX COUNTY**
**Public Docket Report**

| INFORMATIONAL DOCKET ENTRIES | | | |
|---|---|---|---|
| **Date** | **Ref** | **Description** | **Judge** |
| 11/04/2019 | | Attorney appearance<br>On this date Pro Se added for Plaintiff Wendy Harrington | |
| 11/04/2019 | | Case assigned to:<br>DCM Track F - Fast Track was added on 11/04/2019 | |
| 11/04/2019 | 1 | Original civil complaint filed. | |
| 11/04/2019 | 2 | Civil action cover sheet filed. | |
| 11/04/2019 | 3 | Affidavit of Indigency and request for waiver substitution of state payment of fees and costs filed without Supplemental affidavit<br>ALLOWED, waived in full.  (Green, J.).  (IMPOUNDED) | |
| 11/04/2019 | 4 | Summons and order of notice issued on a Complaint for a Preliminary Injunction , returnable on 11/12/2019 02:00 PM Hearing on Preliminary Injunction.<br><br>Applies To: Deutsche Bank National Trust Company as Trustee for the Securitized Asset Backed Receivables LLC Trust 2007-HEl, Mortgage Pass-Through Certificates Series 2007-HE! (Defendant) | Green |
| 11/12/2019 | | Event Result::  Hearing on Preliminary Injunction scheduled on:<br>    11/12/2019 02:00 PM<br>Has been: Not Held     For the following reason: Transferred to another session- Court received notice of removal to the Federal Court<br><br>Hon. C. William Barrett, Presiding<br>Staff:<br>    Brian F Burke, Assistant Clerk Magistrate<br>    Amanda Rowan, Assistant Clerk Magistrate | Barrett |
| 11/15/2019 | | REMOVED to the U.S. District Court<br>By The Defendant Deutsche Bank National Trust Company as Trustee for the Securitized Asset Backed Receivables LLC Trust 2007-HEl, Mortgage Pass-Through Certificates Series 2007-HE!<br>Attorney Haley Yazieloght Lake<br>HINSHAW & CULBERTSON LLP<br>55 State Street, 27th Floor<br>Boston, MA 02109<br><br>sent on 11/15/19 | |
| 11/15/2019 | | Case transferred to another court. | |
| 11/15/2019 | | Attorney appearance<br>On this date Hale Y Lake, Esq. added for Defendant Deutsche Bank National Trust Company as Trustee for the Securitized Asset Backed Receivables LLC Trust 2007-HEl, Mortgage Pass-Through Certificates Series 2007-HE! | |

CRTR2709-CR



**COMMONWEALTH OF MASSACHUSETTS**
**MIDDLESEX COUNTY**
**Public Docket Report**

MIDDLESEX, SS.   *Commonwealth of Massachusetts*
SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT

In testimony that the foregoing is a true copy on file
and of record made by photographic process, I hereunto
set by hand and affix the seal of said Superior Court
this *15 Day of November 2019*

*Karen A. O'Connor*
Deputy Assistant Clerk

I hereby certify on 11|12|19 that the
foregoing document is true and correct copy of th
☐ electronic docket in the captioned case
☒ electronically filed original filed on 11|12|19
☐ original filed in my office on _____
Robert M. Farrell
Clerk, U.S. District Court
District of Massachusetts

By: _____
Deputy Clerk

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

WENDY HARRINGTON,

       Plaintiff,

v.

DEUTSCHE BANK NATIONAL TRUST
COMPANY, AS TRUSTEE FOR
SECURITIZED ASSET BACKED
RECEIVABLES LLC TRUST 2007-HE1,
MORTGAGE PASS-THROUGH
CERTIFICATES, SERIES 2007-HE1,

       Defendant.

CIVIL ACTION NO.: 19-12320

*Removed from Massachusetts Superior
Court, Middlesex County
Civil Action No. 1981CV03242*

## NOTICE OF REMOVAL

TO THE HONORABLE JUDGES AND CLERK OF THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF MASSACHUSETTS:

       Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, defendant Deutsche Bank National Trust

Company, as Trustee for Securitized Asset Backed Receivables LLC Trust 2007-HE1, Mortgage

Pass-Through Certificates, Series 2007-HE1 ("Deutsche Bank as Trustee") hereby removes to this

Court the above-captioned action from the Massachusetts Superior Court, Middlesex County,

based upon the following supporting grounds:

       1.     On or about November 4, 2019, plaintiff Wendy Harrington ("Plaintiff")

commenced an action in the Massachusetts Superior Court, Middlesex County, under Civil Action

Number 1981CV03242 by filing a Complaint seeking relief under M.G.L. c. 244, § 12 concerning

a recent foreclosure sale and injunctive relief against Deutsche Bank as Trustee concerning the

property located at 4 Mercier Street, Dracut, Massachusetts 01826 ("Property"). A copy of

Plaintiff's Complaint is attached hereto as **Exhibit A**.

       2.     Pursuant to 28 U.S.C. § 1446(b), removal of the action to this Court from

Massachusetts Superior Court is timely as it is filed within thirty (30) days of Deutsche Bank as

Trustee receiving notice of the Plaintiff's complaint as it was served with a Summons and Order of Notice on November 8, 2019. *See* Exhibit A.

3.     This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332(a) because the dispute is between citizens of different States and the matter in controversy exceeds the sum or value of $75,000.00. *See* 28 U.S.C. § 1332(a)(1). Sufficient grounds exist for removal of the action to this Court from the Massachusetts Superior Court.

**A.     This Court has Diversity Jurisdiction Over this Action**

4.     The United States District Court for the District of Massachusetts has original jurisdiction over this action pursuant to 28 U.S.C. § 1332(a) on the basis of diversity of citizenship and amount in controversy.

(i)     There is Diversity of Citizenship Between Plaintiff and Deutsche Bank as Trustee

5.     There is complete diversity of citizenship under 28 U.S.C. § 1332(a) between Plaintiff and Deutsche Bank as Trustee. According to her Complaint, Plaintiff is an individual residing at 4 Mercier Street, Dracut, Massachusetts. *See* Exhibit A ¶ 1. Plaintiff is, therefore, a citizen of Massachusetts.

6.     Defendant Deutsche Bank as Trustee is a national banking association with its main office as designated in its Articles of Association in Los Angeles, California. Deutsche Bank as Trustee is, therefore, a citizen of the state of California for the purposes of determining diversity jurisdiction. *See* 28 U.S.C. §§ 1332(c) & 1348; *Wachovia Bank v. Schmidt*, 546 U.S. 303, 318 (2006) (stating that a national bank is a citizen of the State designated in its articles of association as its main office).

7.     Therefore, diversity of citizenship is established as between Plaintiff (a citizen of Massachusetts) and Deutsche Bank as Trustee (a citizen of California).

2891\304689522.v1

(ii)    The Amount in Controversy Exceeds $75,000

8.      This Court also has diversity jurisdiction over this action as the amount in controversy exceeds $75,000.00. In her Complaint, Plaintiff seeks relief per M.G.L. c. 244, § 12 for "procedure after sale" in response to the recent foreclosure sale of the Property. *See* Exhibit A.

9.      Plaintiff's Complaint seeks to void the foreclosure based on the alleged invalidity of the note she signed and the mortgage she granted in favor of Mortgage Electronic Registration Systems, Inc. ("MERS") as mortgagee and nominee for WMC Mortgage Corp., recorded with the Middlesex North Registry of Deeds in Book 20476, Page 222 ("Mortgage") as security for the note. *See* Exhibit A ¶ 3. The Mortgage was in the original principal amount of $215,000.00 and encumbered the Property. A true and accurate copy of the Mortgage is attached as **Exhibit B**.

10.     For diversity jurisdiction purposes, the loan amount can establish the amount in controversy where the claims raised challenge a foreclosure. *See McKenna v. Wells Fargo Bank, N.A.*, 693 F.3d 207, 211-12 (1st Cir. 2012) (holding that loan amount constitutes amount in controversy in cases where complaint seeks to invalidate a loan secured by mortgage or enjoin foreclosure); *McLarnon v. Deutsche Bank National Trust Company*, C.A. 15-11799-FDS, 2015 WL 4207127, 2015 U.S. Dist. LEXIS 89840 at *8 (D. Mass. July 10, 2015) (holding that amount in controversy can be determined by the face value of the loan in question); *Larace v. Wells Fargo Bank, N.A.*, 972 F. Supp. 2d. 147, 151 (D. Mass. 2013) ("[I]t is reasonable to designate the amount in controversy as the value of the mortgage, since Plaintiffs' petition does not specify a damage amount and Defendants' mortgage interest would be extinguished if Plaintiffs were ultimately successful.").

11.     In addition, the value of the Property itself exceeds $75,000.00. According to the records of the Town of Dracut, the assessed value of the Property is $261,100.00. *See* **Exhibit C**,

3

a true and accurate copy of the property information obtained from the Town of Dracut on November 11, 2019, from a search at http://gis.vgsi.com/dracutma/. *See Morse v. Residential Credit Solutions, Inc.*, CIV.A. 11-12275-RWZ, 2012 WL 458492, 2012 U.S. Dist. LEXIS 17324, at *2 (D. Mass. Feb. 13, 2013) ("In cases that seek equitable relief against foreclosure sales, the fair market value of the property to be foreclosed upon is an acceptable measure of the amount in controversy for purposes of diversity jurisdiction."). The amount in controversy, therefore, exceeds $75,000.00, exclusive of interest and costs.

12.     Accordingly, this Court has jurisdiction over this action based upon diversity of citizenship and the amount in controversy pursuant to 28 U.S.C. §§ 1332, 1441 and 1446.

**B.     Removal of the Action to This Court is Proper**

13.     28 U.S.C. § 1446(b) provides that "[t]he notice of removal of a civil action or proceeding shall be filed within 30 days after receipt by the defendant, through service or otherwise, of a copy of the initial pleading ...." 28 U.S.C. § 1446(b). The action was commenced in the Massachusetts Superior Court, Middlesex County, on November 4, 2019. Deutsche Bank as Trustee was served via constable on November 8, 2019. *See* Exhibit B. Removal of this action from the Massachusetts Superior Court is timely as this notice is being filed within thirty (30) days of receipt of notice of the Complaint.

14.     Additionally, venue properly lies in the District of Massachusetts because the Plaintiff's claims arise out of the Mortgage encumbering the Property located in Dracut, Massachusetts, and Plaintiff commenced this action initially in Massachusetts Superior Court, Middlesex County.

15.     In accordance with 28 U.S.C. § 1446(d), written notice of the filing of this removal will be given to Plaintiff following the filing of this Notice of Removal.

4

16.     Certified or attested copies of all records and proceedings before the Massachusetts Superior Court will be filed with this Court within 28 days in accordance with LR 81.1.

17.     In submitting this Notice of Removal, Deutsche Bank as Trustee reserves all defenses.

**WHEREFORE**, defendant Deutsche Bank National Trust Company, as Trustee for Securitized Asset Backed Receivables LLC Trust 2007-HE1, Mortgage Pass-Through Certificates, Series 2007-HE1, hereby removes this action from Massachusetts Superior Court, Middlesex County, to the United States District Court for the District of Massachusetts.

> DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2007-HE1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HE1,
>
> By: Its Attorneys
>
> */s/ Hale Yazicioglu Lake*
> Maura K. McKelvey, BBO #600760
> Hale Yazicioglu Lake, BBO #679480
> HINSHAW & CULBERTSON LLP
> 53 State Street, 27th Floor
> Boston, MA 02109
> Phone: 617-213-7000
> Fax: 617-213-7001
> e-mail: mmckelvey@hinshawlaw.com
>           hlake@hinshawlaw.com

Dated:     November 12, 2019

MIDDLESEX, ss.   **Commonwealth of Massachusetts**
SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT

In testimony that the foregoing is a true copy on file and of record made by photographic process, I hereunto set by hand and affix the seal of said Superior Court this 15 Th November 2019

*Karen A. O'Connor*

Deputy Assistant Clerk

5

2891\304689522.v1

## CERTIFICATE OF SERVICE

I, Hale Yazicioglu Lake, hereby certify that on this 12th day of November 2019, I served a true and accurate copy of the foregoing document to the following party by overnight mail as follows:

Wendy Harrington
4 Mercier Street
Dracut, MA 01826

/s/ Hale Yazicioglu Lake
Hale Yazicioglu Lake

2891\304689522.v1

COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, SS:

SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION NO. 1981CV03242

WENDY HARRINGTON,

        Plaintiff,

v.

DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE FOR THE
SECURITIZED ASSET BACKED RECEIVABLES
LLC TRUST 2007-HE1, MORTGAGE PASS-
THROUGH CERTIFICATES, SERIES 2007-HE1,

        Defendant.



FILED
IN THE OFFICE OF THE
CLERK OF COURTS
FOR THE COUNTY OF MIDDLESEX

NOV 13 2019

CLERK

## NOTICE OF FILING OF REMOVAL

TO:    Middlesex County Superior Court
        Civil Clerk's Office
        360 Gorham Street
        Lowell, MA 01852

        Wendy Harrington, Pro Se
        4 Mercier Street
        Dracut, MA  01826

Pursuant to 28 U.S.C. § 1446, Defendant, Deutsche Bank National Trust Company as

Trustee for the Securitized Asset Backed Receivables LLC Trust 2007-HE1, Mortgage Pass-

Through Certificates, Series 2007-HE1 ("Defendant"), in the above-captioned matter hereby

provides notice that on November 12, 2019, Defendant filed a Notice of Removal of this action

from the Superior Court of the Commonwealth of Massachusetts, to the United States District

Court for the District of Massachusetts.  The Notice of Removal is attached hereto.

Respectfully submitted,

DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE FOR THE
SECURITIZED ASSET BACKED
RECEIVABLES LLC TRUST 2007-HE1,
MORTGAGE PASS-THROUGH
CERTIFICATES, SERIES 2007-HE1

By: Its Attorneys

Hale Yazicioglu Lake, BBO #679480
HINSHAW & CULBERTSON LLP
53 State Street, 27th Floor
Boston, MA 02109
Tel: 617-213-7000/Fax: 617-213-7001
e-mail: hlake@hinshawlaw.com

Dated:     November 12, 2019

## CERTIFICATE OF SERVICE

I, Hale Yazicioglu Lake, hereby certify that on this 12th day of November 2019, I served a true and accurate copy of the foregoing document to counsel of record by UPS Overnight as follows:

Wendy Harrington, Pro Se
4 Mercier Street
Dracut, MA 01826

Hale Yazicioglu Lake

MIDDLESEX, SS.  *Commonwealth of Massachusetts*
SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT

In testimony that the foregoing is a true copy on file
and of record made by photographic process, I hereunto
set by hand and affix the seal of said Superior Court
this 15th of November 2019

Karen A. O'Connor
Deputy Assistant Clerk

2

COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, SS:                                SUPERIOR COURT DEPARTMENT
                                              OF THE TRIAL COURT
                                              CIVIL ACTION NO. 1981CV03242

WENDY HARRINGTON,

        Plaintiff,

v.

DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE FOR THE
SECURITIZED ASSET BACKED RECEIVABLES
LLC TRUST 2007-HE1, MORTGAGE PASS-
THROUGH CERTIFICATES, SERIES 2007-HE1,

        Defendant.



FILED
IN THE OFFICE OF THE
CLERK OF COURTS
FOR THE COUNTY OF MIDDLESEX

NOV 13 2019

CLERK

### <u>NOTICE OF APPEARANCE</u>

Please enter the appearance of Hale Yazicioglu Lake as counsel of record for the

Defendant, Deutsche Bank National Trust Company as Trustee for the Securitized Asset Backed

Receivables LLC Trust 2007-HE1, Mortgage Pass-Through Certificates, Series 2007-HE1, in

regard to the above-captioned matter.

                              Respectfully submitted,

                              DEUTSCHE BANK NATIONAL TRUST
                              COMPANY AS TRUSTEE FOR THE
                              SECURITIZED ASSET BACKED
                              RECEIVABLES LLC TRUST 2007-HE1,
                              MORTGAGE PASS-THROUGH
                              CERTIFICATES, SERIES 2007-HE1,

                              By: Its Attorneys

                              Hale Yazicioglu Lake, BBO #679480
                              HINSHAW & CULBERTSON LLP
                              53 State Street, 27th Floor
                              Boston, MA 02109
                              Tel: 617-213-7000/Fax: 617-213-7001
Dated: November 12, 2019             e-mail: hlake@hinshawlaw.com

## CERTIFICATE OF SERVICE

I, Hale Yazicioglu Lake, hereby certify that on this 12th day of November 2019, I served a true and accurate copy of the foregoing document to counsel of record by UPS Overnight as follows:

Wendy Harrington, Pro Se
4 Mercier Street
Dracut, MA 01826

Hale Yazicioglu Lake

MIDDLESEX, SS.   *Commonwealth of Massachusetts*
SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT

In testimony that the foregoing is a true copy on file and of record made by photographic process, I hereunto set by hand and affix the seal of said Superior Court this 15th of November 2019

Deputy Assistant Clerk

2