# EXHIBIT III





Bk: 21926 Pg: 199  Page: 1 of 2
Recorded: 02/08/2008 11:04 AM

Record and Return to:
Doonan, Graves, & Longoria
Attn: Gregory LaJoie
100 Cummings Center, Suite 213C
Beverly, MA 01915
0325708105

## ASSIGNMENT OF MORTGAGE

Know that, for valuable consideration, Mortgage Electronic Registration Systems, Inc. as a nominee for WMC Mortgage Corp. ( ASSIGNOR ), hereby sells, assigns, and transfers to Deutsche Bank National Trust Company as Trustee ( ASSIGNEE ), whose mailing address is 1761 E. St. Andrew Place, Santa Ana, CA 92705 the Assignor s interest in a certain mortgage made by Wendy M. Harrington to Mortgage Electronic Registration Systems, Inc. as a nominee for WMC Mortgage Corp. dated August 31, 2006 and recorded at the Middlesex County (Northern District) Registry of Deeds in Book 20476, Page 222, describing land therein as:
Date of Transfer: December 16, 2007

4 Mercier Street, Dracut MA 01826

Mortgage Electronic Registration Systems, Inc. as a nominee for WMC Mortgage Corp., Assignor

Dated: JAN 2 9 2008

By: __Noriko Colston__
Its: __Assistant Secretary__

CORPORATE ACKNOWLEDGMENT

State of _____ )
County of _____ ) ss.

On this ___ day of _____, 2007, before me, _____, personally appeared _____, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

Witness my hand and official seal.

_____
Notary signature:

Mortgage Originator
Name: _____NONE_____
Address: _____NONE_____
License #: _____

Mortgage Broker
Name: _____NONE_____
Address: _____NONE_____
License #: _____

State of California      }
County of Sacramento  }  ss.

On January 29, 2008, before me, J. Gualano, Notary Public, personally appeared Noriko Colston, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

Witness my hand and official seal.

_____
Notary signature

J. GUALANO
COMM. # 1607324
NOTARY PUBLIC-CALIFORNIA
SACRAMENTO COUNTY
COMM. EXP. SEP 18, 2009

COMMONWEALTH OF MASSACHUSETTS

This is a true copy of an instrument recorded in MIDDLESEX NORTH DISTRICT REGISTRY OF DEEDS at the time and date noted on the first page thereof.

A true copy Attest  *Richard P. Howe Jr.*
REGISTER