# EXHIBIT IV

# Middlesex North Registry of Deeds

# Electronically Recorded Document

This is the first page of this document - Do not remove

---

## Recording Information

| | |
|---|---|
| Document Number | : 33876 |
| Document Type | : ASM |
| Recorded Date | : August 02, 2017 |
| Recorded Time | : 04:05:38 PM |
| | |
| Recorded Book and Page | : 31350 / 63 |
| Number of Pages(including cover sheet) | : 3 |
| Receipt Number | : 782909 |
| Recording Fee | : $75.00 |

**Middlesex North Registry of Deeds**
**Richard P. Howe Jr., Register**
360 Gorham Street
Lowell, Massachusetts 01852
978/322-9000
www.lowelldeeds.com

Total Pages: 2

*0705941193*

## CORPORATE ASSIGNMENT OF MORTGAGE

**Northern Middlesex, Massachusetts**
**SELLER'S SERVICING #:** ▆▆▆▆▆▆▆ "HARRINGTON"
**SELLER'S LENDER ID#:** NW 401
**OLD SERVICING #:** ▆▆▆▆▆▆▆

Date of Assignment: June 20, 2017
Assignor: DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE at
1761 EAST ST ANDREW PLACE, SANTA ANA, CA 92705
Assignee: DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2007-HE1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HE1 at C/O OCWEN LOAN SERVICING, LLC., 1661 WORTHINGTON RD, SUITE 100, WEST PALM BEACH, FL 33409

Executed By: WENDY M HARRINGTON To: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), SOLELY AS NOMINEE FOR WMC MORTGAGE CORP., ITS SUCCESSORS AND/OR ASSIGNS
Date of Mortgage: 08/31/2006 Recorded: 09/05/2006 in Book/Reel/Liber: 20476 Page/Folio: 222 as Instrument No.: 2006 00049649 In the County of Northern Middlesex, State of Massachusetts.

Property Address: 4 MERCIER STREET, DRACUT, MA 01826

   KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Mortgage having an original principal sum of $215,000.00 with interest, secured thereby, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's interest under the Mortgage.

   TO HAVE AND TO HOLD the said Mortgage, and the said property unto the said Assignee forever, subject to the terms contained in said Mortgage.

DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE
On June 23, 2017

By: 
    Ronaldo Reyes
    Vice President

*VAS*VASGMAC*06/05/2017 10:32:05 AM* GMAC40GMACA0000000000000005157881* MANORTH*▆▆▆▆▆MASTATE_MORT_ASSIGN_ASSN **LCBGMAC*

Recording Requested By:
OCWEN LOAN SERVICING, LLC
When Recorded Return To:
OCWEN LOAN SERVICING, LLC
240 TECHNOLOGY DRIVE
IDAHO FALLS, ID 83401

Property Address: 4 MERCIER STREET, DRACUT, MA 01826

CORPORATE ASSIGNMENT OF MORTGAGE Page 2 of 2

STATE OF  California
COUNTY OF  Orange

On  6-30-2017 , before me,  Dennis K. Dickey II , a Notary Public in and for  Orange  in the State of  California , personally appeared  Ronaldo Reyes , ~~personally known to me~~ (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

[Signature]

DENNIS KEITH DICKEY II
Notary Public – California
Orange County
Commission # 2188330
My Comm. Expires Mar 26, 2021

Notary Expires: 3/26/2021

(This area for notarial seal)

*VAS*VASGMAC*06/05/2017 10:32:05 AM* GMAC40GMACA0000000000000005157681* MANORTH█████MASTATE_MORT_ASSIGN_ASSN *\*LCBGMAC\**

COMMONWEALTH OF MASSACHUSETTS
This is a true copy of an instrument recorded in
MIDDLESEX NORTH DISTRICT REGISTRY OF DEEDS
at the time and date noted on the first page thereof.

A true copy
Attest                         REGISTER