# EXHIBIT VIII

A3093\306083941.v1

# Middlesex North Registry of Deeds

# Electronically Recorded Document

This is the first page of this document - Do not remove

---

## Recording Information

| | |
|---|---|
| Document Number | : 56902 |
| Document Type | : AFF |
| Recorded Date | : December 19, 2017 |
| Recorded Time | : 09:32:21 AM |
| Recorded Book and Page | : 31738 / 159 |
| Number of Pages(including cover sheet) | : 3 |
| Receipt Number | : 797373 |
| Recording Fee | : $75.00 |

**Middlesex North Registry of Deeds**
**Richard P. Howe Jr., Register**
360 Gorham Street
Lowell, Massachusetts 01852
978/322-9000
www.lowelldeeds.com

## AFFIDAVIT REGARDING COMPLIANCE WITH
## MGL c. 244 sec. 35B

**Property Address:** 4 Mercier Street, Dracut, MA 01826

**Mortgage:** Wendy M. Harrington to Mortgage Electronic Registration Systems, Inc. acting solely as a nominee for WMC Mortgage Corp., dated August 31, 2006 recorded in Middlesex County (Northern District) Registry of Deeds in Book 20476, Page 222, as affected by an Order dated March 29, 2017, recorded at said Registry of Deeds in Book 31080, Page 295.
Assignment from Mortgage Electronic Registration Systems, Inc. as a nominee for WMC Mortgage Corporation, its successors and assigns to Deutsche Bank National Trust Company as Trustee dated January 29, 2008 recorded at Middlesex County (Northern District) Registry of Deeds in Book 21926, Page 199 and assignment from Deutsche Bank National Trust Company as Trustee to Deutsche Bank National Trust Company, as Trustee for Securitized Asset Backed Receivables LLC Trust 2007-HE1, Mortgage Pass-Through Certificates, Series 2007-HE1 dated June 23, 2017 recorded at Middlesex County (Northern District) Registry of Deeds in Book 31350, Page 63.

**Foreclosing Mortgagee:** Deutsche Bank National Trust Company, as Trustee for Securitized Asset Backed Receivables LLC Trust 2007-HE1, Mortgage Pass-Through Certificates, Series 2007-HE1

The undersigned, _____**Karen P. Peterkin**_____, having personal knowledge of the facts herein stated, under oath deposes and says as follows:

1. I am: [Check One]
[ ] An officer or employee of Deutsche Bank National Trust Company, as Trustee for Securitized Asset Backed Receivables LLC Trust 2007-HE1, Mortgage Pass-Through Certificates, Series 2007-HE1, where I hold the office of _____.
[X] An officer or employee of a duly authorized agent of Deutsche Bank National Trust Company, as Trustee for Securitized Asset Backed Receivables LLC Trust 2007-HE1, Mortgage Pass-Through Certificates, Series 2007-HE1.

2. In my capacity as _____**Contract Management Coordinator**_____ (title), I am familiar with the business records of OCWEN LOAN SERVICING, LLC as they relate to servicing of the Mortgage Loan which is the subject of this affidavit. OCWEN LOAN SERVICING, LLC's records are reliable because they are kept in the ordinary course of business by persons who have a business duty to make such records. The records are made at or near the occurrence of events so recorded. To the extent records related to the loan come from another entity, those records were received by OCWEN LOAN SERVICING, LLC in the ordinary course of its servicing business, have been incorporated into and maintained as part of OCWEN LOAN SERVICING, LLC's business records, and have been relied on by OCWEN LOAN SERVICING, LLC. It is the regular practice of OCWEN LOAN SERVICING, LLC in its mortgage servicing business to make and maintain these records. I have personal knowledge of the facts set forth in this affidavit based upon my review of OCWEN LOAN SERVICING, LLC's

Property Address: 4 Mercier Street, Dracut, MA 01826

business records maintained in connection with the Mortgage and the related Mortgage loan account whose repayment the Mortgage secures.

3. Based upon my review of the business records of OCWEN LOAN SERVICING, LLC, I certify that:
   [ ] The requirements of M.G.L. c 244 sec. 35B have been complied with.
   [X] G.L. C244 Section 35B is not applicable to the above mortgage.

Signed under the pains and penalties of perjury this __30__ day of __October__, 2017.

**For authority see Power of Attorney recorded in Worcester (Worcester District) County Registry of Deeds in Book 54220, Page 30.

                                    Deutsche Bank National Trust Company, as Trustee for Securitized Asset Backed Receivables LLC Trust 2007-HE1, Mortgage Pass-Through Certificates, Series 2007-HE1
By: Ocwen Loan Servicing, LLC
Its: Attorney in Fact

By: _____
Title: Karen P. Peterkin
Contract Management Coordinator

STATE OF FLORIDA
COUNTY OF __Palm Beach__

Sworn to (or affirmed) and subscribed before me this __30th__ day of __October__, 2017(year), by __Karen P. Peterkin__ (name of person making statement).

_____
(Signature of Notary Public)
Notary Public - State of Florida

SERGIO OLMO
Notary Public - State of Florida
Commission # GG 080604
My Comm. Expires Mar 7, 2021
Bonded through National Notary Assn.

__Sergio Olmo__
(Printed, Typed, or Stamped Name of Notary Public)

(seal)

[X] Personally Known
[ ] Produced Identification    Type of Identification Produced: _____

COMMONWEALTH OF MASSACHUSETTS
This is a true copy of an instrument recorded in
MIDDLESEX NORTH DISTRICT REGISTRY OF DEEDS
at the time and date noted on the first page thereof.

A true copy
Attest                  *[signature]*
                         REGISTER