# EXHIBIT IX

# Middlesex North Registry of Deeds

# Electronically Recorded Document

This is the first page of this document - Do not remove

## Recording Information

| | |
|---|---|
| Document Number | : 607 |
| Document Type | : AFF |
| Recorded Date | : January 06, 2020 |
| Recorded Time | : 01:23:41 PM |
| Recorded Book and Page | : 33727 / 66 |
| Number of Pages(including cover sheet) | : 3 |
| Receipt Number | : 868587 |
| Recording Fee | : $105.00 |

**Middlesex North Registry of Deeds**
**Richard P. Howe Jr., Register**
360 Gorham Street
Lowell, Massachusetts 01852
978/322-9000
www.lowelldeeds.com

## AFFIDAVIT REGARDING NOTE SECURED
## BY FORECLOSED MORTGAGE

**Property Address:** 4 Mercier Street, Dracut, MA 01826

**Re: Mortgage from** Wendy M. Harrington to Mortgage Electronic Registration Systems, Inc. acting solely as a nominee for WMC Mortgage Corp., dated August 31, 2006 recorded in Middlesex County (Northern District) Registry of Deeds in Book 20476, Page 222.

**Assigned To:** Deutsche Bank National Trust Company, as Trustee for Securitized Asset Backed Receivables LLC Trust 2007-HE1, Mortgage Pass-Through Certificates, Series 2007-HE1 by assignment as follows: assignment from Mortgage Electronic Registration Systems, Inc. as a nominee for WMC Mortgage Corporation to Deutsche Bank National Trust Company as Trustee dated January 29, 2008 recorded in Middlesex County (Northern District) Registry of Deeds in Book 21926, Page 199 and assignment from Deutsche Bank National Trust Company as Trustee to Deutsche Bank National Trust Company, as Trustee for Securitized Asset Backed Receivables LLC Trust 2007-HE1, Mortgage Pass-Through Certificates, Series 2007-HE1 dated June 23, 2017 recorded in Middlesex County (Northern District) Registry of Deeds in Book 31350, Page 63.

**Foreclosing Mortgagee:** Deutsche Bank National Trust Company, as Trustee for Securitized Asset Backed Receivables LLC Trust 2007-HE1, Mortgage Pass-Through Certificates, Series 2007-HE1

**Foreclosure Sale Date:** October 25, 2019

The undersigned, _____**Karen P. Peterkin**_____, having personal knowledge of the facts herein stated, under oath deposes and says as follows:

1. I am: [Check One]
[ ] An officer or employee of a duly Authorized agent of **Foreclosing Mortgagee**, where I hold the office of _____.
[ X ] A duly authorized agent of **Foreclosing Mortgagee** under a power of attorney or other written instrument executed under seal, which remains in full force and effect as of the date hereof, and which is (check as applicable)
    [ ] Worcester (Worcester District) County Registry of Deeds in Book 54220, Page 30
    [ ] registered with the Middlesex County (Northern District) Land Registration Office as Document No. ___
    [ X ] recorded/registered herewith

2. PHH MORTGAGE CORPORATION is the loan servicer for the mortgage referenced above. In my capacity as _____**Contract Management Coordinator**_____ (title), I along with others have knowledge of the business records of PHH MORTGAGE CORPORATION as they relate to the Mortgage which is the subject of this affidavit. I am responsible for researching and having knowledge of many aspects of PHH MORTGAGE CORPORATION's business, including servicing of loan accounts, defaults and foreclosures. PHH MORTGAGE CORPORATION's records are kept in the ordinary course of business by persons who have a business duty to make such records. The records are made at or near the occurrence of events so recorded. To the extent records related to the loan come from another entity, those records were received by PHH MORTGAGE CORPORATION in the ordinary course of its business, have been incorporated into and maintained as part of PHH MORTGAGE CORPORATION's business records, and have been relied on by PHH MORTGAGE CORPORATION. I have personal knowledge of the facts set forth in this affidavit based upon my review of PHH MORTGAGE CORPORATION's

business records maintained in connection with the Mortgage and the related Mortgage loan account whose repayment the Mortgage secures.

3. Based upon my review of the business records of PHH MORTGAGE CORPORATION, I certify that:

   a. as of the dates when the Notices of Sale relating to the mortgage at issue were mailed and published pursuant to M.G.L. Chapter 244, Section 14 up to and including the Foreclosure Sale Date, Deutsche Bank National Trust Company, as Trustee for Securitized Asset Backed Receivables LLC Trust 2007-HE1, Mortgage Pass-Through Certificates, Series 2007-HE1 was: [Check One]
   [ X ] the holder of the promissory note secured by the above mortgage.
   [ ] the authorized agent of the holder of said promissory note.

   b. [Check One]
   [ ] the contractual notice of default was sent to the mortgagor(s) on or before July 17, 2015.
   [ X ] the contractual notice of default was sent to the mortgagor(s) after July 17, 2015, and strictly complies with the notice provision set forth in the terms of the subject mortgage.
   [ ] All notices, requirements and conditions precedent were satisfied in strict compliance with the terms of the mortgage.

Signed under the pains and penalties of perjury this __13__ day of __Dec__, 2019.

                                        Deutsche Bank National Trust Company, as Trustee
                                        for Securitized Asset Backed Receivables LLC
                                        Trust 2007-HE1, Mortgage Pass-Through
                                        Certificates, Series 2007-HE1 by PHH Mortgage
                                        Corporation successor by merger to Ocwen Loan
                                        Servicing, LLC attorney-in-fact

                                        By: _____
                                            Karen P. Peterkin
                                        Title: Contract Management Coordinator

For authority see Power of Attorney recorded herewith.


STATE OF FLORIDA
COUNTY OF PALM BEACH

Sworn to (or affirmed) and subscribed before me this __13__ day of __December__, 2019, by __Karen P. Peterkin__ (name of person making statement) _____

                                        (Signature of Notary Public)
                                        Notary Public - State of Florida

FRANCI BOOTHNEY
Notary Public - State of Florida
Commission # FF 987281
My Comm. Expires Apr 28, 2020

                                        Franci Boothney
(seal)                                  (Printed, Typed, or Stamped Name of Notary Public)

Personally Known ✓
Produced Identification ___           Type of Identification Produced: _____

Wendy M. Harrington
15-019982 / FC01                                              4 Mercier Street, Dracut, MA 01826

COMMONWEALTH OF MASSACHUSETTS

This is a true copy of an instrument recorded in MIDDLESEX NORTH DISTRICT REGISTRY OF DEEDS at the time and date noted on the first page thereof.

A true copy
Attest  *[signature]*
REGISTER