# **EXHIBIT X**

# Middlesex North Registry of Deeds

# Electronically Recorded Document

This is the first page of this document - Do not remove

---

## Recording Information

| | |
|---|---|
| Document Number | : 606 |
| Document Type | : FD |
| Recorded Date | : January 06, 2020 |
| Recorded Time | : 01:23:41 PM |
| | |
| Recorded Book and Page | : 33727 / 61 |
| Number of Pages(including cover sheet) | : 5 |
| Receipt Number | : 868587 |
| Recording Fee (including excise) | : $984.92 |

```
**************************************************
MASSACHUSETTS EXCISE TAX
Middlesex North ROD #14 001
Date: 01/06/2020 01:23 PM
Ctrl# 086297 12432 Doc# 00000606
Fee: $829.92 cons: $181,956.31
**************************************************
```

**Middlesex North Registry of Deeds**
**Richard P. Howe Jr., Register**
360 Gorham Street
Lowell, Massachusetts 01852
978/322-9000
www.lowelldeeds.com

## *FORECLOSURE DEED*

Deutsche Bank National Trust Company, as Trustee for Securitized Asset Backed Receivables LLC Trust 2007-HE1, Mortgage Pass-Through Certificates, Series 2007-HE1, having a place of business c/o PHH Mortgage Corporation, 1 Mortgage Way, Mail Stop SV-22, Mount Laurel, NJ 08054, the present holder of a mortgage from Wendy M. Harrington to Mortgage Electronic Registration Systems, Inc. acting solely as a nominee for WMC Mortgage Corp., dated August 31, 2006, and recorded in Middlesex County (Northern District) Registry of Deeds in Book 20476, Page 222*, by the power conferred by said mortgage and every other power, for One Hundred Eighty-One Thousand Nine Hundred Fifty-Six Dollars and 31/100 ($181,956.31) paid, grants to Deutsche Bank National Trust Company, as Trustee for Securitized Asset Backed Receivables LLC Trust 2007-HE1, Mortgage Pass-Through Certificates, Series 2007-HE1, C/O PHH Mortgage Corporation, 1 Mortgage Way, Mail Stop SV-22, Mount Laurel, NJ 08054, the premises conveyed by said mortgage.

*See Assignment Recorded at Middlesex County (Northern District) Registry of Deeds in Book 31350, Page 63.

*Witness* the execution of said corporation on __12/5__, 2019

Property Address: 4 Mercier Street, Dracut, MA 01826

        Deutsche Bank National Trust Company, as Trustee for Securitized Asset Backed Receivables LLC Trust 2007-HE1, Mortgage Pass-Through Certificates, Series 2007-HE1 by PHH Mortgage Corporation as attorney-in-fact

By: Aaron Friedlander
Title: Contract Management Coordinator

For authority see Power of Attorney recorded in Worcester (Worcester District) County Registry of Deeds in Book 54220, Page 30

STATE OF __Florida__
COUNTY OF: __Palm Beach__

On this __5__ day of __December__, 2019 before me, the undersigned notary public,

personally appeared __Aaron Friedlander__, of PHH Mortgage Corporation as attorney-in-fact for Deutsche Bank National Trust Company, as Trustee for Securitized Asset Backed Receivables LLC Trust 2007-HE1, Mortgage Pass-Through Certificates, Series 2007-HE1 proved to me through satisfactory evidence of identification, which was personal knowledge, to be the person whose name is signed on the preceding or attached document, and acknowledged to me that (s)he signed it voluntarily for its stated purpose and as the free act and deed of Deutsche Bank National Trust Company, as Trustee for Securitized Asset Backed Receivables LLC Trust 2007-HE1, Mortgage Pass-Through Certificates, Series 2007-HE1.

Personally Known To Me M.B.
12/5/19

Miguel Baque
Notary Public
My commission expires: —

Notary Public State of Florida
Miguel Baque
My Commission FF 987260
Expires 04/26/2020

CHAPTER 183 SEC. 6 AS AMENDED BY CHAPTER 497 OF 1969

Every deed presented for record shall contain or have endorsed upon it the full name, residence and post office address of the grantee and a recital of the amount of the full consideration thereof in dollars or the nature of the other consideration therefore, if not delivered for a specific monetary sum). The full consideration shall mean the total price for the conveyance without deduction for any liens or encumbrances assumed by the grantee or remaining thereon. All such endorsements and recitals shall be recorded as part of the deed. Failure to comply with this section shall not affect the validity of any deed. No register of deeds shall accept a deed for recording unless it is in compliance with the requirements of this section.

15-019982 / FC01

*AFFIDAVIT OF SALE UNDER POWER OF SALE IN MORTGAGE*

I, _____Aaron Friedlander_____, of PHH Mortgage Corporation, as Attorney in Fact for Deutsche Bank National Trust Company, as Trustee for Securitized Asset Backed Receivables LLC Trust 2007-HE1, Mortgage Pass-Through Certificates, Series 2007-HE1, make oath and say that the principal and interest obligations mentioned in the mortgage above referred to were not paid or tendered or performed when due or prior to the sale, and that Deutsche Bank National Trust Company, as Trustee for Securitized Asset Backed Receivables LLC Trust 2007-HE1, Mortgage Pass-Through Certificates, Series 2007-HE1, caused to be published on October 1, 2019, October 8, 2019, and October 15, 2019, in the Lowell Sun, a newspaper having a general circulation in Dracut, a notice of which the following is a true copy.

(See Exhibit A attached hereto)

Deutsche Bank National Trust Company, as Trustee for Securitized Asset Backed Receivables LLC Trust 2007-HE1, Mortgage Pass-Through Certificates, Series 2007-HE1 also complied with Chapter 244, Section 14 of the Massachusetts General Laws, as amended, by causing to be mailed the required notices, certified mail, return receipt requested.

I state that the requirements of the power of sale included in the mortgage and of the law have been complied with in all respects.

Pursuant to said notice at the time and place therein appointed October 25, 2019, at 3:00 PM, upon the mortgaged premises at which time and place upon the mortgaged premises Deutsche Bank National Trust Company, as Trustee for Securitized Asset Backed Receivables LLC Trust 2007-HE1, Mortgage Pass-Through Certificates, Series 2007-HE1 sold the mortgaged premises at public auction by Daniel J. Wiener of BayState Auction Co., Inc., a duly licensed auctioneer, to Deutsche Bank National Trust Company, as Trustee for Securitized Asset Backed Receivables LLC Trust 2007-HE1, Mortgage Pass-Through Certificates, Series 2007-HE1 c/o PHH Mortgage Corporation, 1 Mortgage Way, Mail Stop SV-22, Mount Laurel, NJ 08054, above named, for One Hundred Eighty-One Thousand Nine Hundred Fifty-Six Dollars and 31/100 ($181,956.31)

Property Address: 4 Mercier Street, Dracut, MA 01826
15-019982 / FC01

bid by Deutsche Bank National Trust Company, as Trustee for Securitized Asset Backed Receivables LLC Trust 2007-HE1, Mortgage Pass-Through Certificates, Series 2007-HE1 c/o PHH Mortgage Corporation at 1 Mortgage Way, Mail Stop SV-22, Mount Laurel, NJ 08054, being the highest bid made therefore at said auction.

Signed under the pains and penalties of perjury this ___5___ day of __December__, 20_1T_.

> Deutsche Bank National Trust Company, as Trustee for Securitized Asset Backed Receivables LLC Trust 2007-HE1, Mortgage Pass-Through Certificates, Series 2007-HE1 by PHH Mortgage Corporation as attorney-in-fact
>
> By: Aaron Friedlander
> Title: Contract Management Coordinator

For authority see Power of Attorney recorded in Worcester (Worcester District) County Registry of Deeds in Book 54220, Page 30

State of: __Florida__

County of: __Palm Beach__

On this ___5___, day of __December__, 2019, before me, the undersigned notary public, personally appeared _____Aaron Friedlander_____, of PHH Mortgage Corporation as attorney-in-fact for Deutsche Bank National Trust Company, as Trustee for Securitized Asset Backed Receivables LLC Trust 2007-HE1, Mortgage Pass-Through Certificates, Series 2007-HE1, proved to me through satisfactory evidence of identification, which was personal knowledge, to be the person who signed the preceding or attached document in my presence, and who swore or affirmed to me that the contents of the document are truthful to the best of (his) (her) knowledge and belief.

Personally Known To Me M.B.
12/5/15

Notary Public: _Miguel Baque_
My commission expires: —

> Notary Public State of Florida
> Miguel Baque
> My Commission FF 987280
> Expires 04/28/2020

Property Address: 4 Mercier Street, Dracut, MA 01826
15-019982 / FC01

## EXHIBIT A

LEGAL NOTICE MORTGAGEE'S SALE OF REAL ESTATE By virtue of and in execution of the Power of Sale contained in a certain mortgage given by Wendy M. Harrington to Mortgage Electronic Registration Systems, Inc. acting solely as a nominee for WMC Mortgage Corp., dated August 31, 2006 and recorded in Middlesex County (Northern District) Registry of Deeds in Book 20476, Page 222 (the "Mortgage") as affected by an Order dated March 29, 2017, recorded at said Registry of Deeds in Book 31080, Page 295, of which mortgage Deutsche Bank National Trust Company, as Trustee for Securitized Asset Backed Receivables LLC Trust 2007-HE1, Mortgage Pass-Through Certificates, Series 2007-HE1 is the present holder by assignment from Mortgage Electronic Registration Systems, Inc. as a nominee for WMC Mortgage Corporation, its successors and assigns to Deutsche Bank National Trust Company as Trustee dated January 29, 2008 recorded in Middlesex County (Northern District) Registry of Deeds in Book 21926, Page 199, as affected by Foreclosure Deed from Deutsche Bank National Trust Company, as Trustee to Deutsche Bank National Trust Company, as Trustee under Pooling and Servicing Agreement dated as of January 1, 2007 Securitized Asset-Backed Receivables LLC Trust 2007-HE1 dated February 4, 2011, recorded in Book 25065, Page 79 and assignment from Deutsche Bank National Trust Company as Trustee to Deutsche Bank National Trust Company, as Trustee for Securitized Asset Backed Receivables LLC Trust 2007-HE1, Mortgage Pass-Through Certificates, Series 2007-HE1 dated June 23, 2017 recorded in Middlesex County (Northern District) Registry of Deeds in Book 31350, Page 63, for breach of conditions of said mortgage and for the purpose of foreclosing the same, the mortgaged premises located at 4 Mercier Street, Dracut, MA 01826 will be sold at a Public Auction at 3:00 PM on October 25, 2019, at the mortgaged premises, more particularly described below, all and singular the premises described in said mortgage, to wit: The land in said Dracut, together with the buildings thereon, situated on the Southeasterly side of Mercier Street and the Southwesterly side of Donohue Road in said Dracut, and being thus bounded and described: Beginning at the intersection of said Mercier Street with said Donohue Road, thence running Southwesterly along said Mercier Street 107.6 feet to Lot 269 on a plan entitled, "Homefield, Dracut, Mass. Owned by Brissett and Stickney, F.W. Huntington 86 Co., C.E.'s, September 1919", which plan is recorded with Middlesex North District Registry of Deeds, Plan Book 36, Plan 61; thence Southeasterly by Lot 269 as shown on said plan 100 feet; thence Northeasterly by the remaining portion of Lots 270, 271, 272, 273, and 275 on said plan, 119.78 feet, more or less, to said Donohue; thence Westerly by said Donohue Road 26.7 feet to an angle in said Road; thence3 Northwesterly still by said Donohue Road 74 feet to the point of beginning. Being a portion of said Lots 270, 271, 272, 273, and 275 on said plan. Be said contents and any and all of said measurements more or less and meaning and intending to convey hereby conveying all and the same premises however said premises may be measured, bounded or described. For mortgagor's title see deed recorded with the Middlesex County (Northern District) Registry of Deeds in Book 19340, Page 199. The premises will be sold subject to any and all unpaid taxes and other municipal assessments and liens, and subject to prior liens or other enforceable encumbrances of record entitled to precedence over this mortgage, and subject to and with the benefit of all easements, restrictions, reservations and conditions of record and subject to all tenancies and/or rights of parties in possession. Terms of the Sale: Cash, cashier's or certified check in the sum of $5,000.00 as a deposit must be shown at the time and place of the sale in order to qualify as a bidder (the mortgage holder and its designee(s) are exempt from this requirement); high bidder to sign written Memorandum of Sale upon acceptance of bid; balance of purchase price payable in cash or by certified check in thirty (30) days from the date of the sale at the offices of mortgagee's attorney, Korde & Associates, P.C., 900 Chelmsford Street, Suite 3102, Lowell, MA 01851 or such other time as may be designated by mortgagee. The description for the premises contained in said mortgage shall control in the event of a typographical error in this publication. Other terms to be announced at the sale. Deutsche Bank National Trust Company, as Trustee for Securitized Asset Backed Receivables LLC Trust 2007-HE1, Mortgage Pass-Through Certificates, Series 2007-HE1 Korde & Associates, P.C. 900 Chelmsford Street Suite 3102 Lowell, MA 01851 (978) 256-1500 Harrington, Wendy M., 15-019982

October 1, 8, 15, 2019

COMMONWEALTH OF MASSACHUSETTS
This is a true copy of an instrument recorded in
MIDDLESEX NORTH DISTRICT REGISTRY OF DEEDS
at the time and date noted on the first page thereof.

A true copy
Attest  *[signature]*
REGISTER