# EXHIBIT XI

A3093\306083941.v1

# Middlesex North Registry of Deeds

# Electronically Recorded Document

This is the first page of this document - Do not remove

---

## Recording Information

| | |
|---|---|
| Document Number | : 605 |
| Document Type | : POSSN |
| Recorded Date | : January 06, 2020 |
| Recorded Time | : 01:23:41 PM |
| | |
| Recorded Book and Page | : 33727 / 59 |
| Number of Pages(including cover sheet) | : 2 |
| Receipt Number | : 868587 |
| Recording Fee | : $105.00 |

**Middlesex North Registry of Deeds**
**Richard P. Howe Jr., Register**
360 Gorham Street
Lowell, Massachusetts 01852
978/322-9000
www.lowelldeeds.com

Property Address: 4 Mercier Street, Dracut, MA 01826

## CERTIFICATE OF ENTRY

We hereby certify that on October 25, 2019, we were present and saw Leonard E. Whitney, Attorney and Authorized Agent for Deutsche Bank National Trust Company, as Trustee for Securitized Asset Backed Receivables LLC Trust 2007-HE1, Mortgage Pass-Through Certificates, Series 2007-HE1, (for authorization see Power of Attorney recorded herewith) the present holder of a certain mortgage given by Wendy M. Harrington to Mortgage Electronic Registration Systems, Inc. acting solely as a nominee for WMC Mortgage Corp., dated August 31, 2006 and recorded in Middlesex County (Northern District) Registry of Deeds in Book 20476, Page 222 (the "Mortgage"), make an open, peaceable and unopposed entry on the premises situated in Dracut, numbered 4 Mercier Street, described in said mortgage, for the purpose, by him/her declared, of foreclosing said mortgage for breach of conditions thereof.

Signature _____   Signature _____
Print Name  Mohammad Kamin        Print Name  Donna Huf

The Commonwealth of Massachusetts

October 25, 2019                                   Middlesex, ss.

Then personally appeared the above named __Mohammad Kamin__ and __Donna Huf__ proved to me through satisfactory evidence of identity, which was __X__ personal knowledge, ___ MA license, or _____ to be the person(s) whose names(s) are signed on the above document, and who swore or affirmed to me that the contents of the document are truthful and accurate to the best of their knowledge and belief before me.

Notary Public _____  Daniel J. Wiener
                                Print Name

My Commission Expires: 8/8/25

DANIEL J. WIENER
Notary Public, Commonwealth of Massachusetts
My Commission Expires August 8, 2025

15-019982 / FC01

COMMONWEALTH OF MASSACHUSETTS
This is a true copy of an instrument recorded in
MIDDLESEX NORTH DISTRICT REGISTRY OF DEEDS
at the time and date noted on the first page thereof.

A true copy
Attest                *[signature]*
                      REGISTER