# EXHIBIT A

Bk: 25085 Pg: 79 Page: 1 of 5
Recorded: 06/28/2011 03:40 PM

MASSACHUSETTS EXCISE TAX
Middlesex North ROD #14 001
Date: 06/28/2011 03:40 PM
Ctrl# 045731 20776 Doc# 00027544
Fee: $597.36 cons: $131,000.00

## FORECLOSURE DEED

Deutsche Bank National Trust Company, as Trustee, having its usual place of business at 1761 E. St. Andrew Place, Santa Ana, CA 92705, holder of a mortgage from Wendy M. Harrington to Mortgage Electronic Registration Systems, Inc. as a nominee for WMC Mortgage Corp. dated August 31, 2006, and recorded with the Middlesex County (Northern District) Registry in Book 20476, Page 222, by the power conferred by said mortgage and every other power, for One Hundred Thirty-One Thousand and 00/100 Dollars ($131,000.00) paid, grants to Deutsche Bank National Trust Company, as Trustee under Pooling and Servicing Agreement dated as of January 1, 2007 Securitized Asset-Backed Receivables LLC Trust 2007-HE1, with a mailing address of: 1761 E. St. Andrew Place, Santa Ana, CA 92705, the real property with the buildings and improvements thereon, if any, situated in Dracut, Middlesex County (Northern District) County, Massachusetts, which real property is fully described in Schedule "A" attached hereto and made part hereof by reference, being the premises conveyed by said Mortgage.

PROPERTY ADDRESS: 4 Mercier Street, Dracut, MA 01826

Executed under seal the __4__ day of __February__, 2011 as the free act and deed of Deutsche Bank National Trust Company, as Trustee, by Ocwen Loan Servicing, LLC, its Attorney in Fact,* by __Perry Lerner__, its Contract Management Coordinator

\* By Ocwen Loan Servicing, LLC, its Attorney-in-Fact, by Power of Attorney recorded at the Essex County (Southern District) Registry of Deeds in Book 30450, Page 209.

by: _____
its: Contract Management Coordinator
      Perry Lerner

State of Florida)

County of Palm Beach)

On _2'4.11_ before me, __Lauren Martin__,
personally appeared __Perry Lerner__,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument to the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Notary Signature __Lauren Martin__

Notary Public State of Florida
Lauren Martin
My Commission EE025763
Expires 09/13/2014

# Schedule A

The land in said Dracut, together with the buildings thereon, situated on the Southeasterly side of Mercier Street and the Southwesterly side of Donohue Road in said Dracut, and being thus bounded and described:

Beginning at the intersection of said Mercier Street with said Donohue Road, thence running Southwesterly along said Mercier Street 107.6 feet to Lot 269 on a plan entitled, "Homefield, Dracut, Mass. Owned by Brissett and Stickney, F.W. Huntington & Co., C.E.'s, September 1919", which plan is recorded with Middlesex North District Registry of Deeds, Plan Book 36, Plan 61; thence Southeasterly by Lot 259 as shown on said plan 100 feet; thence Northeasterly by the remaining portion of Lots 270, 271, 272, 273, and 275 on said plan, 119.78 feet, more or less, to said Donohue; thence Westerly by said Donohue Road 26.7 feet to an angle in said Road; thence3 Northwesterly still by said Donohue Road 74 feet to the point of beginning.

Being a portion of said Lots 270, 271, 272, 273, and 275 on said plan.

Be said contents and any and all of said measurements more or less and meaning and intending to convey hereby conveying all and the same premises however said premises may be measured, bounded or described.

Being the same premises conveyed to the herein named grantor(s) by deed recorded with Middlesex North District Registry of Deeds in Book 5503, Page 281.

Subject to and with the benefit of easements, reservation, restrictions, and taking of record, if any, insofar as the same are now in force and applicable.

In the event of any typographical error set forth herein in the legal description of the premises, the description as set forth and contained in the mortgage shall control by reference.

This property has the address of **4 Mercier Street, Dracut, MA 01826.**

## AFFIDAVIT

I, **Kyle Gardner**, being the duly authorized Contract Management Coordinator of Ocwen Loan Servicing, LLC Attorney in Fact for Deutsche Bank National Trust Company, as Trustee, named in the foregoing deed, make oath and say that the principal, interest, and tax obligations mentioned in the mortgage above referred to were not paid or tendered or performed when due or prior to the sale; and that I caused to be published on May 20, 2008, May 27, 2008, and June 3, 2008, in the Sun, published in Massachusetts and by its cover page purporting to be published in Dracut and having a circulation therein, notice of which the following is a true copy;

### SEE EXHIBIT "A" ATTACHED HERETO AND MADE PART HEREOF

I have also complied with Chapter 244, § 14 of the General Laws of Massachusetts as amended by causing to be mailed the required notices registered mail, return receipt requested.

Pursuant to said notice, on June 17, 2008, at 01:00 AM, at which time and place upon the mortgaged premises, Deutsche Bank National Trust Company, as Trustee sold the mortgaged premises at public auction by Sandra Monroe of Monroe Auction Group, a licensed auctioneer, to Deutsche Bank National Trust Company, as Trustee under Pooling and Servicing Agreement dated as of January 1, 2007 Securitized Asset-Backed Receivables LLC Trust 2007-HE1, for One Hundred Thirty-One Thousand and 00/100 Dollars ($131,000.00), being the highest bid made therefore at said auction.

Witness: /s/ **Perry Lerner**

Deutsche Bank National Trust Company, as Trustee, by Ocwen Loan Servicing, LLC, its Attorney in Fact,*

by: /s/

its: Contract Management Coordinator

State of Florida)
County of Palm Beach)

On 2/7/11 before me, **Stephen Lee**, personally appeared **Kyle Gardner**, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument to the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

/s/ **Stephen Lee** _____ Notary Signature

Notary Public State of Florida
Stephen Lee
My Commission EE025759
Expires 09/13/2014

* By Ocwen Loan Servicing, LLC, its Attorney-in-Fact, by Power of Attorney recorded at the Essex County (Southern District) Registry of Deeds in Book 30450, Page 209.

# EXHIBIT "A"

**NOTICE OF MORTGAGEE'S SALE OF REAL ESTATE**

By virtue and in execution of the Power of Sale contained in a certain mortgage given by Wendy M. Harrington to Mortgage Electronic Registration Systems, Inc. as a nominee for WMC Mortgage Corp. dated August 31, 2006, recorded with Middlesex County (Northern District) Registry of Deeds at Book 20476, Page 222 of which mortgage the undersigned is the present holder for breach of conditions of said mortgage and for the purpose of foreclosing the same will be sold at PUBLIC AUCTION at 01:00 PM on June 17, 2008, on the mortgaged premises. The entire mortgaged premises, all and singular, the premises as described in said mortgage:

The land in said Dracut, together with the buildings thereon, situated on the Southeasterly side of Mercier Street and the Southwesterly side of Donohue Road in said Dracut, and being thus bounded and described: Beginning at the intersection of Mercier Street with said Donohue Road, thence running Southwesterly along said Mercier Street 107.6 feet to Lot 269 on a plan entitled, "Homefield, Dracut, Mass. Owned by Brissett and Stickney, F.W. Huntington & Co. C.E.'s, September 1919", which plan is recorded with Middlesex North District Registry of Deeds, Plan Book 36, Plan 61; thence Southeasterly by Lot 259 as shown on said plan 100 feet; thence Northeasterly by the remaining portion of Lots 270, 271, 272, 273 and 275 on said plan, 199.78 feet, more or less, to said Donohue; thence Westerly by said Donohue Road 26.7 feet to an angle in said Road; thence3 Northwesterly still by said Donohue Road 74 feet to the point of beginning. Being a portion of said Lots 270, 271, 272, 273, and 275 on said plan. Be said contents and any and all of said measurements more or less and meaning and intending to convey hereby conveying all and the same premises however said premises may be measured, bounded and described. Being the same premises conveyed to the therein named grantor(s) by deed recorded with Middlesex North District Registry of Deeds In Book 5503, Page 281. Subject to and with the benefit of easements, reservation, restrictions, and taking of record, if any, insofar as the same are now in force and applicable.

In the event of any typographical error set forth herein in the legal description of the premises, the description as set forth and contained in the mortgage shall control by reference. This property has the address of 4 Mercier Street, Dracut, MA 01826.

Together with all the improvements now or hereafter erected on the property and all easements, rights, appurtenances, rents, royalties, mineral, oil and gas rights and profits, water rights and stock and all fixtures now or hereafter a part of the property. All replacements and additions shall also be covered by this sale.

Terms of Sale: Said premises will be sold subject to any and all unpaid taxes and assessments, tax sales, tax titles and other municipal liens and water or sewer liens and State or County transfer fees, if any there are, and TEN THOUSAND DOLLARS ($10,000.00) in cashier's or certified check will be required to be paid by the purchaser at the time and place of the sale as a deposit and the balance in cashier's or certified check will be due in thirty (30) days, at the offices of Doonan, Graves & Longoria, LLC., 100 Cummings Center, Suite 225D, Beverly, Massachusetts, time being of the essence. The Mortgagee reserves the right to postpone the sale to a later date by public proclamation at the time and date appointed for the sale and to further postpone at any adjourned sale-date by public proclamation at the time and date appointed for the adjourned sale date.

The premises is to be sold subject to and with the benefit of all easements, restrictions, leases, tenancies, and rights of possession, building and zoning laws, encumbrances, condominium liens, if any and all other claim in the nature of liens, if any there be.

In the event that the successful bidder at the foreclosure sale shall default in purchasing the within described property according to the terms of this Notice of Sale and/or the terms of the Memorandum of Sale executed at the time of foreclosure, the Mortgagee reserves the right to sell the property by foreclosure deed to the second highest bidder, providing that said second highest bidder shall deposit with the Mortgagee's attorneys, DOONAN, GRAVES, & LONGORIA L.L.C., 100 Cummings Center, Suite 225D, Beverly, Massachusetts, 01915, the amount of the required deposit as set forth herein within three (3) business days after written notice of the default of the previous highest bidder and title shall be conveyed to the said second highest bidder within twenty (20) days of said written notice.

If the second highest bidder declines to purchase the within described property, the Mortgagee reserves the right to purchase the within described property at the amount bid by the second highest bidder.

The foreclosure deed and the consideration paid by the successful bidder shall be held in escrow by DOONAN, GRAVES, & LONGORIA L.L.C., (hereinafter called the "Escrow Agent") until the deed shall be released from escrow to the successful bidder at the same time as the consideration is released to the Mortgagee, thirty (30) days after the date of sale, whereupon all obligations of the Escrow Agent shall be deemed to have been properly fulfilled and the Escrow Agent shall be discharged.

Other terms to be announced at the sale.
Dated: May 9, 2008 Deutsche Bank National Trust Company as Trustee By: John A. Doonan. Esq., DOONAN, GRAVES, & LONGORIA L.L.C., 100 Cummings Center, Suite 225D, Beverly, MA 01915, (978) 921-2670, www.dgandl.com (2335.09/Harrington)(05/20/08, 05/27/08, 06/03/08)(112794)

May 20, 27, 2008
June 3, 2008

When Recorded Return To:
Doonan, Graves, & Longoria, LLC
100 Cummings Center, Suite 225D
Beverly, MA 01915

COMMONWEALTH OF MASSACHUSETTS

This is a true copy of an instrument recorded in
MIDDLESEX NORTH DISTRICT REGISTRY OF DEEDS
at the time and date noted on the first page thereof.

A true copy
Attest    *[signature]*
REGISTER