# EXHIBIT B



Bk: 26126 Pg: 296   Page: 1 of 2
Recorded: 06/27/2012 09:59 AM

# QUITCLAIM DEED

DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee under POOLING AND SERVICING AGREEMENT Dated as of January 1, 2007 SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2007-HE1 and having its usual place of business at 1761 E. St. Andrew Place, Santa Ana, California for consideration paid and in full consideration of One Dollar and 00/100, ($1.00),

Grants to **Wendy Harrington** with an address of 4 Mercier Street, Dracut Massachusetts 01826,

with Quitclaim Covenants, the land in Dracut, Middlesex County, Massachusetts known and numbered as 4 Mercier Street, Dracut Massachusetts 01826, which real property is fully described as Schedule A attached hereto and made part hereof by reference.

Being the same premises conveyed to Grantor by deed dated February 4, 2011, and recorded with the Middlesex North County Registry of Deeds at Book 25065, Page 79. The transfer of the within named real estate does not constitute all or substantially all of the assets of the Grantor in Massachusetts.

Witness my hand and seal this 22 day of June, 2012

_Marlene Saunders_ (signature)

DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee under POOLING AND SERVICING AGREEMENT Dated as of January 1, 2007 SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2007-HE1
By Ocwen Loan Servicing, LLC, its attorney-in-fact Contract Management Coordinator
Print Name:    Marlene Saunders

STATE OF FLORIDA

COUNTY OF PALM BEACH

On this 22 day of June, 2012, before me, the undersigned notary public, personally appeared Marlene Saunders proved to me through satisfactory evidence of identification, which were personally known to be the persons whose names are signed on the preceding or attached document, and acknowledged to me that they signed it voluntarily for its stated purpose.

_____
Notary Public - State of Florida
Chris Heinichen

My Commission Expires: _____



Notary Public State of Florida
Chris Heinichen
My Commission EE071207
Expires 03/07/2015

4 Mercier Street, Dracut Massachusetts 01826

## Exhibit A - Property Description

Borrower(s): Wendy M. Harrington

Property Address: 4 Mercier Street, Dracut, Massachusetts 01826

The land in said Dracut, together with the buildings thereon, situated on the Southeasterly side of Mercier Street and the Southwesterly side of Donohue Road in said Dracut, and being thus bounded and described:

Beginning at the intersection of said Mercier Street with said Donohue Road, thence running Southwesterly along said Mercier Street 107.6 feet to Lot 269 on a plan entitled, "Homefield, Dracut, Mass. Owned by Brissett and Stickney, F.W. Huntington & Co., C.E.'s, September 1919", which plan is recorded with Middlesex North District Registry of Deeds, Plan Book 36, Plan 61; thence Southeasterly by Lot 269 as shown on said plan 100 feet; thence Northeasterly by the remaining portion of Lots 270, 271, 272, 273, and 275 on said plan, 119.78 feet, more or less, to said Donohue; thence Westerly by said Donohue Road 26.7 feet to an angle in said Road; thence3 Northwesterly still by said Donohue Road 74 feet to the point of beginning.

Being a portion of said Lots 270, 271, 272, 273, and 275 on said plan.

Be said contents and any and all of said measurements more or less and meaning and intending to convey hereby conveying all and the same premises however said premises may be measured, bounded or described.

COMMONWEALTH OF MASSACHUSETTS
This is a true copy of an instrument recorded in
MIDDLESEX NORTH DISTRICT REGISTRY OF DEEDS
at the time and date noted on the first page thereof.

A true copy
Attest               *[signature]*
                              REGISTER