# EXHIBIT C

# Commonwealth of Massachusetts
## County of Middlesex
## The Superior Court

MIDDLESEX, SS.

CIVIL DOCKET# **MICV2008-02411**

Wendy Harrington, Plaintiff
vs.
Deutsche Bank National Trust co., Homeq Servicing, WMC Mortgage Corp., Defendant

### SUMMONS AND ORDER OF NOTICE

To the above-named Defendants:

You are hereby summoned and required to serve upon **Wendy Harrington**, plaintiff, whose address is **4 Mercier Street Dracut, MA 01826, ,** , an answer to the complaint which is herewith served upon you. This must be done within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, Judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this Court at Woburn either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

**WE ALSO NOTIFY YOU** that application has been made in said action, as appears in the complaint, for a preliminary injunction and that a hearing upon such application will be held at the court house at said Middlesex County Superior Court, in Woburn on **07/02/2008, at 02:00 PM in Civil L2 - CtRm 740- 200 TradeCenter, Woburn,** at which time you may appear and show cause why such application should not be granted.

**Witness, Barbara J. Rouse,** Esquire, Chief Justice of the Superior Court, at Woburn, Massachusetts this 25th day of June, 2008.

................................................................
Clerk

**(AFFIX RETURN OF SERVICE ON BACK OF SUMMONS)**

TRUE ATTEST COPY

DEPUTY SHERIFF

Disabled individuals who need handicap accommodations should contact the Administrative Office of the Superior Court at (617) 788-8130   cvcsumornot_2.wpd 745881 hrgpin macirobe

# Commonwealth of Massachusetts
## County of Middlesex
## The Superior Court

CIVIL DOCKET # **MICV2008-02411-L2**
Courtroom Civil L2 - CtRm 740- 200 TradeCenter, Woburn

RE: **Harrington v Deutsche Bank National Trust co. et al**
TO:

Wendy Harrington
4 Mercier Street
Dracut, MA 01826

## SCHEDULING ORDER FOR F TRACK

You are hereby notified that this case is on the track referenced above as per Superior Court Standing Order 1-88. The order requires that the various stages of litigation described below must be completed not later than the deadlines indicated, and case shall be resolved and judgment shall issue **04/16/2010**.

### STAGES OF LITIGATION          DEADLINES

| | SERVED BY | FILED BY | HEARD BY |
|---|---|---|---|
| Service of process made and return filed with the Court | 09/23/2008 | 09/23/2008 | |
| Response to the complaint filed (also see MRCP 12) | | 10/23/2008 | |
| All motions under MRCP 12, 19, and 20 | 10/23/2008 | 11/22/2008 | 12/22/2008 |
| All motions under MRCP 15 | 10/23/2008 | 11/22/2008 | 12/22/2008 |
| All discovery requests and depositions served and non-expert depositions completed | 04/21/2009 | | |
| All motions under MRCP 56 | 05/21/2009 | 06/20/2009 | |
| Final pre-trial conference held and/or firm trial date set | | | 10/18/2009 |
| Case shall be resolved and judgment shall issue by **04/16/2010** | | | 04/16/2010 |

- The final pre-trial deadline is <u>not the scheduled date of the conference.</u>
- You will be notified of that date at a later time.
- Counsel for plaintiff must serve this tracking order on defendant before the deadline for filing return of service.

Dated: 06/25/2008

Telephone: 781-939-2754

Michael A. Sullivan
Clerk of the Court

Disabled individuals who need handicap accommodations should contact the Administrative Office of the Superior Court at (617) 788-8130 --Check website as to status of case: http://ma-trialcourts.org/tcic  3228523 inidoc01 macirobe

*The Commonwealth of Massachusetts*

DOCKET NO. _____

PLAINTIFF(S): Wendy Harrington
(PRINT NAME CLEARLY)

FILED IN THE OFFICE OF THE CLERK OF COURTS FOR THE COUNTY OF MIDDLESEX
JUN 25 2008
CLERK

08-2911

VS.

DEFENDANT(S): Deutsche Bank National Trust Co. Homeq Servicing and WMC mortgage corp.
(PRINT NAME CLEARLY)

COMPLAINT
Improper Handling of
7632A000006/25/ORGCIVIL    240.0
7632A000016/25/OBSURCHARGE  15.0
7632A000006/25/OBSECC       20.0

[margin note: Sow to issue for PI in ct Rm L-2 at 2:00 pm by the court. (Massoni, J) attest: [signature] ct clerk on 7/2/08.]

## PARTIES

1) Plaintiff(s) reside at 4 Mercier St    Dracut, Ma 01826
   Street                City or Town
   in the County of Middlesex

2) Defendant(s) reside at _____
   in the County of _____

## FACTS

3) I, Wendy Harrington had the abovementioned property (my home) foreclosed upon. The reason for this was due to a disability - (back injury) resulting in lost wages. I, the homeowner as of the first late payment, contacted Homeq to make them aware of the situation & tried to work out a forebearance plan, offered to pay whatever I had on a weekly basis, but they did not see this as an option. I am a single person who refinanced, responsibly, to (a fixed rate)

per separation agreement. I did not have the decision as to whom my loan would be sold to. Consequently, had I been well versed in mortgages I would have asked for a "Hud insured loan" in this case the amount delinquent would be placed on the back of the loan to be repaid at sale, or the end of the mortgage agreement.

As of the beginning of June, I was then asked by Homeq to come up with a lump sum of $9000.00 to become current in the loan. I could not produce this.

The auction of my home was to take place on June 17, and on recommendation of the Att. General's office I contacted the Division of Banks (within the 7 day window) and was then informed by the Division of Banks that they were contacted by Homeq Servicing stating that, "the sale was not scheduled."

At 12:45 on June 17, which happened to be a holiday in Boston, (Bunker Hill day) the Division of Banks was closed. Two auctioneers came to my home to commence with the auction, I informed them of the info from the DOB, but it did not matter to them they pressed on anyway. I do not believe that a disability indicates a homeless situation. I am self employed and this has been my residence since 1992. Since I do not work for a company, I view this home as my investment/pension, and wish to keep it.

I own operate a cleaning business since 2002.
In the course of my injury I found 2 employees to take my place; unfortunately I was informed that one of them stole somethings and the other had broken somethings.
Fortunately I did not lose these clients, and was told it was because of me. I have many people that can attest to my character and integrity.
The reason I kept this business is because I can easily earn $25.00 per hour and since I am not yet college educated, it has helped me keep my home.
I'am now back to work and because of my injury have worked with "Mass Rehab" to gain night time employment.
In this case, I am exercising my rights pertaining to chapter 244; section 12. "procedure after sale"
I as the homeowner am afforded a 10 day window of time with which to exercise this right.
I also have a letter from a Elizabeth Bennotti at the Division of Banks.

DATED: 6-25-08                SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY.

_____Wendy_____
Signature of Plaintiff(s)



# DOONAN, GRAVES & LONGORIA, LLC
## ATTORNEYS AT LAW

*Serving Massachusetts, Maine,
New York & New Hampshire*

www.dgandl.com

100 Cummings Center
Suite 213C
Beverly, Massachusetts 01915
TEL: (978) 921-2670
FAX: (978) 921-4870

*[handwritten: June 19th spoke to Greg 5-12-08]*

---

ORDER OF NOTICE TO DEBTOR

---

May 6, 2008

*[handwritten: there is no auct. date on this]*

**VIA SHERIFF AND CERTIFIED MAIL**

Wendy M. Harrington
4 Mercier Street
Dracut, MA 01826

Re: Wendy M. Harrington
4 Mercier Street, Dracut, MA 01826
Case No. 369967

Dear Madam/Sir

In connection with the above-referenced property, enclosed please find a copy of an Order of Notice to foreclose a mortgage given Wendy M. Harrington to Mortgage Electronic Registration Systems, Inc. as a nominee for WMC Mortgage Corp. dated August 31, 2006, and recorded at the Middlesex County (Northern District) Registry of Deeds at Book 20476, Page 222 now held by plaintiff by assignment.

If you have any questions or need further information, please do not hesitate to contact me in our Beverly office at 978-921-2670 ext. 120.

Very truly yours,

*Reneau J. Longoria*
Reneau J. Longoria, Esq.

GL/cm