# EXHIBIT D

Case Details - Massachusetts Trial Court 6

Skip to main content

# 0881CV02411 Harrington, Wendy vs. Deutsche Bank National Trust co. et al

- Case Type
- Contract / Business Cases
- Case Status
- Closed
- File Date
- 06/25/2008
- DCM Track:
- F - Fast Track
- Initiating Action:
- Sale or Lease of Real Estate
- Status Date:
- 06/25/2008
- Case Judge:
- 
- Next Event:

All Information | Party | Event | Docket | Disposition

## Party Information

**Harrington, Wendy**
- Plaintiff

**Alias**

**Party Attorney**
- Attorney
- Quat, Esq., Kenneth D
- Bar Code
- 408640
- Address
- Quat Law Offices
  929 Worcester Rd
  Framingham, MA  01701
- Phone Number
- (508)872-1261

More Party Information

**Deutsche Bank National Trust co.**
- Defendant

**Alias**

**Party Attorney**
- Attorney
- Bombard, Esq., Jeremy R
- Bar Code
- 669802
- Address
- Bombard Law Office, PC
  945 Concord St
  Framingham, MA  01701
- Phone Number

- (508)620-5309
- Attorney
- DeMello, Esq., Kevin P
- Bar Code
- 664250
- Address
- KPDM Law LLC  
  859 Willard St  
  Suite 400  
  Quincy, MA  02169
- Phone Number
- (617)804-5736
- Attorney
- Doonan, Esq., John A
- Bar Code
- 547838
- Address
- Doonan Graves & Longoria LLC  
  100 Cummings Center Suite 225D  
  Beverly, MA  01915
- Phone Number
- (978)921-2670
- Attorney
- Longoria, Esq., Reneau Jean
- Bar Code
- 635118
- Address
- Doonan Graves and Longoria  
  100 Cummings Center Suite 225D  
  Beverly, MA  01915
- Phone Number
- (978)921-2670
- Attorney
- Severini, Esq., Erin P
- Bar Code
- 654644
- Address
- Frost Brown Todd LLC  
  3300 Great American Tower  
  Cincinnati, OH  45202
- Phone Number
- (513)651-6800
- Attorney
- Valente, Esq., Stephen Michael
- Bar Code
- 663118
- Address
- 136 Hale St  
  Newburyport, MA  01950
- Phone Number
- (978)399-8105

More Party Information

**Barclays Captital Real Estate Inc. d/b/a HomeEq Servicing**  
- Defendant

| Alias | Party Attorney |
|---|---|
|  | - Attorney<br>- DeMello, Esq., Kevin P<br>- Bar Code<br>- 664250 |

- Address
- KPDM Law LLC
  859 Willard St
  Suite 400
  Quincy, MA  02169
- Phone Number
- (617)804-5736

[More Party Information]

**Ocwen Loan Servicing, LLC d/b/a HomeEq Servicing**
- Defendant

| Alias | Party Attorney |
|---|---|
|  |  |

[More Party Information]

**Homeq Servicing**
- Defendant

**Alias**

**Party Attorney**
- Attorney
- Welch, Esq., Benjamin M
- Bar Code
- 663456
- Address
- BlueChip Underwriting Services LLC
  12 East 49th St
  11th Floor
  New York, NY  10017
- Phone Number
- (617)501-3398

[More Party Information]

**WMC Mortgage Corp.**
- Defendant

| Alias | Party Attorney |
|---|---|

[More Party Information]

## Events

| Date | Session | Location | Type | Event Judge | Result |
|---|---|---|---|---|---|
| 06/25/2008 02:00 PM | Civil D Rm 620 |  | Hearing |  | Held as Scheduled |
| 07/02/2008 02:00 PM | Civil L2 CR16 |  | Hearing on Preliminary Injunction |  | Held as Scheduled |
| 02/24/2011 02:00 PM | Civil L2 CR16 |  | Hearing |  | Rescheduled |
| 03/10/2011 02:00 PM | Civil L2 CR16 |  | Hearing |  | Held as Scheduled |
| 09/15/2011 02:00 PM | Civil L2 CR16 |  | Final Pre-Trial Conference |  | Rescheduled |
| 09/26/2011 02:00 PM | Civil L2 CR16 |  | Final Pre-Trial Conference |  | Held as Scheduled |
| 04/03/2012 02:00 PM | Civil L2 CR16 |  | Rule 12 Hearing |  | Rescheduled |
| 05/31/2012 02:00 PM | Civil L2 CR16 |  | Rule 12 Hearing |  | Canceled |
| 07/21/2015 02:00 PM | Civil L2 CR16 |  | Motion Hearing |  | Held as Scheduled |

## Docket Information

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| 06/25/2008 | Complaint & civil action cover sheet filed | 1 | |
| 06/25/2008 | Origin 1, Type A08, Track F. | | |
| 06/25/2008 | Complaint P#1, SON to issue for PI, returnable 7/2/08 at 2:00 pm in Courtroom 740 (Haggerty, J.). | | |
| 07/02/2008 | Settlement Agreement: Now comes Deutsche Bank National Trust co. , Homeq Servicing and Wendy Harrington and hereby agree to settle the instant injunction matter on the following terms and conditions: 1. Hearing on the request for injunctive relief continued generally; 2. Defendants agree not to proceed with eviction or re-XXXX XXXX. 3. Parties agree to enter into settlement discussions. (Filed in Court) | 3 | |
| 07/02/2008 | Amended Verified Complaint | 3.1 | |
| 07/02/2008 | SERVICE RETURNED (order of notice): Wendy Harrington | 3.2 | |
| 07/02/2008 | SERVICE RETURNED (order of notice): Wendy Harrington | 3.3 | |
| 04/22/2010 | Atty Wayne M Gray's withdrawal of appearance filed re: Wendy Harrington | | |
| 04/22/2010 | Court received Notice of Appearance Pro Se of Plaintiff | 4 | |
| 01/06/2011 | Notice of Service of Motion for Leave to File Amended and Supplemental Complaint. | 5 | |
| 02/01/2011 | Plaintiff Wendy Harrington's MOTION to Correct Deocket, or in the Alternative, to Vacate Dismissal, Declaration of Receipt of no opposition. | 6 | |
| 02/01/2011 | Plaintiff's MOTION for Leave to file amended and supplemental complaint, Declaration of Reciept of No Opposition. | 7 | |
| 02/17/2011 | Defendants' MOTION for leave to file a Memorandum in opposition to Plaintiff Wendy Harrington's MOTION to Correct Deocket, or in the Alternative, to Vacate Dismissal, and Plff's Motion for leave to file an Amended and Supplemental Complaint; Affidavit of Service pursuant to Sup. Crt. Rule 9A | 8 | |
| 03/10/2011 | Defendants' Memorandum in Opposition to Plaintiff's Motion to Correct Docket or in the Alternative to Vacate the Dismissal and Motion For Leave to File an Amended and Supplemental Complaint. Filed in Court | 9 | |
| 04/26/2011 | Motion (P#6) Although this is a close question, and defendants have made a number of compelling points, since this does involve complex issues which are more properly analyzed as a Rule 56 motion. But for now, the dismissal is vacated and case is reinstated. (Holtz, Justice, Dated: 3/30/2011). Notices mailed 4/26/2011 | | |
| 05/20/2011 | Court received Notice Of Filing Of Notice Of Removal | | |
| 05/24/2011 | Case REMOVED this date to US District Court of Massachusetts by deft Deutsche Bank National Trust | 10 | |
| 05/24/2011 | Findings: Above action this day removed to U.S.District Court | | |

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| 07/25/2011 | Remanded to Superior Court from US District Court | 11 | |
| 09/06/2011 | Defendant Deutsche Bank National Trust co.'s, Barclays Capital Real Estate, Inc.'s D/B/A HomeQ Serving And WMC Mortgage Corp.'s Notice of intent to file motion | | |
| 09/14/2011 | Plaintiff Wendy Harrington's MOTION to continue Pretrial Conference and to establish new Tracking order deadline; Deutsche Bank National Trust Co's opposition to plff's motion | 12 | |
| 09/14/2011 | Plaintiff Wendy Harrington's MOTION for leave to file Amended and Supplemental Complaint; Defendant, Deutsche Bank National Trust Co.' Memorandum in opposition to plff's motion | 13 | |
| 09/14/2011 | Joint MOTION of the parties to further to amend tracking order. | 14 | |
| 09/15/2011 | Defendant's Motionto Dismiss filed in Court | 14.5 | |
| 09/16/2011 | Revised Joint pre-trial memorandum | 15 | |
| 09/16/2011 | Joint pre-trial memorandum | 16 | |
| 09/21/2011 | Joinder to opposition to Plaintiff Wendy Harrington's MOTION for leave to file Amended and Supplemental Complaint | 17 | |
| 10/11/2011 | (P#7) After hearing and review the Court concludes that under the circumstances justice requires that plaintiff be permitted to amend. The court is not convinced at this stage that the proposed amended complaint would be futile. Therefore, the Motion to Amend Complaint is ALLOWED. Counsel having agreed in open court that little discovery would be necessary. The discovery deadline shall be 1/13/12. (Garry V. Inge, Justice) Dated 10/7/11 and Notices mailed 10/11/2011 | | |
| 10/18/2011 | Plaintiff's Second Amended and Supplemental Complaint | 18 | |
| 11/10/2011 | Defendant Deutsche Bank National Trust co.'s Notice of intent to file motion to Dismiss | | |
| 11/16/2011 | Defendant Barclays Captital Real Estate Inc. d/b/a HomeEq Servicing's Notice of intent to file motion to Dismiss Plaintiff's Second Amended Complaint | | |
| 01/25/2012 | Defendant Deutsche Bank National Trust co.'s Motion To Dismiss; Defendnats' Memorandum of Law in Support Of Their Motion To Dismiss; Affidavit Of Service Pursuant To Superior Court Rule 9A; Plaintiff's Opposition To Defendant Deutsche Bank National Trust co.'s Motion To Dismiss second amended complaint | 19 | |
| 06/28/2012 | Stipulation of dismissal. Plaintiff, Wendy Harrington and defendnats, Deutsche Bank National Trust co., Barclays Captital Real Estate Inc. d/b/a HomeEq Servicing, Ocwen Loan Servicing, LLC d/b/a HomeEq Servicing, Homeq Servicing ereby stipulate that this action be dismissed, with prejudice, without interest, costs or attorneys' fees, and that the parties waive all rights of appeal and rights pursuant to M.R.CIV.P. 60. | 20 | |
| 05/04/2015 | Appearance entered On this date Kevin P. DeMello, Esq. added as Private Counsel for Defendant Deutsche Bank National Trust co. | | |
| 05/06/2015 | Plaintiff Wendy Harrington's  motion to vacate stipulation of dismissal | 21 | |

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| 05/06/2015 | Opposition to paper #21.0 "Plaintiff's motion to vacate stipulation of dismissal." filed by Deutsche Bank National Trust co., Ocwen Loan Servicing, LLC d/b/a HomeEq Servicing | 21.1 | |
| 05/08/2015 | Appearance entered<br>On this date Kevin P. DeMello, Esq. added as Private Counsel for Defendant Barclays Captital Real Estate Inc. d/b/a HomeEq Servicing | | |
| 05/08/2015 | General correspondence regarding Notice of Defendant, That Barclays Capital Real Estate Inc. joins in opposition to the Plff's Motion to re-open case<br><br>Applies To: Barclays Captital Real Estate Inc. d/b/a HomeEq Servicing (Defendant); Homeq Servicing (Defendant) | 22 | |
| 06/09/2015 | The following form was generated:<br><br>Notice to Appear<br>Sent On:  06/09/2015 09:39:23 | | |
| 07/21/2015 | Event Result:<br>The following event: Motion Hearing scheduled for 07/21/2015 02:00 PM has been resulted as follows:<br>Result: Held as Scheduled<br>Appeared: | | |
| 07/22/2015 | Endorsement on Motion to Vacate 6-28-2012 Dismissal with Prejudice (#21.0): DENIED<br><br>Plaintiff did not appear for hearing on July 21. Defendant did appear. Hearing did not take place and motion is decidded on the papers without oral argument.<br>Sufficient legal grounds not not exist for vacating the dismissal and the motion is DENIED. (Wall, J.) Dated 7/21/15 and copies mailed 7/22/15 | | |
| 09/09/2016 | General correspondence regarding "opposition to Plaintiff's request" received from plaintiff | 23 | |
| 10/06/2016 | ORDER: VACATING PLEADING #23<br>Pleading #23 is hereby vacated due to clerical error. Pleading #23 is defendants answer to complaint in docket #16CV2117 | 24 | |

## Case Disposition

| Disposition | Date | Case Judge |
|---|---|---|
| Disposed by Agreement / Settled | 06/28/2012 | |