# EXHIBIT F

| JUDGMENT ON THE PLEADINGS | Trial Court of Massachusetts<br>The Superior Court |
|---|---|
| **DOCKET NUMBER**<br>1681CV02117 | Michael A. Sullivan, Clerk of Court<br>Middlesex County |
| **CASE NAME**<br>Deutsche Bank National Trust Company, As Trustee for Securitized Asset Backed Receivables LLC Trust 2007-HEI, Mortgage Pass-Through Certificates Series 2007-HE1<br>vs.<br>Wendy Harrington | **COURT NAME & ADDRESS**<br>Middlesex County Superior Court - Woburn<br>200 Trade Center<br>Woburn, MA 01801 |

This action came before the Court, Hon. Garry V Inge, presiding, upon a motion for judgment on the pleadings,

After hearing or consideration thereof;

Plaintiff's Motion for Judgment on the Pleadings.

It is **ORDERED AND ADJUDGED**:

ORDER:
[For the foregoing reasons] The Trust's Motion for Judgment on the Pleadings is ALLOWED. Declaratory relief shall enter in favor of the plaintiff to (1) rescind the foreclosure sale by public auction, (2) rescind the foreclosure by entry, (3) nullify the foreclosure deed, certificate of entry, and quitclaim deed to Harrington, and (4) revive the Trust's mortgage to its senior lien position subject to the terms of the Modification Agreement.

| DATE JUDGMENT ENTERED<br>03/31/2017 | CLERK OF COURTS/ ASST. CLERK<br>X |  |
|---|---|---|

Date/Time Printed: 03-31-2017 09:40:29

SCV117: 07/2016

SA12