# EXHIBIT G

# 1681CV02117 Deutsche Bank National Trust Company, As Trustee for Securitized Asset Backed Receivables LLC Trust 2007-HEI, Mortgage Pass-Through Certificates Series 2007-HE1 vs. Harrington, Wendy

- Case Type
- Real Property
- Case Status
- Open
- File Date
- 07/25/2016
- DCM Track:
- F - Fast Track
- Initiating Action:
- Other Real Property Action
- Status Date:
- 07/25/2016
- Case Judge:
- 
- Next Event:
- 

All Information | Party | Subsequent Action/Subject | Event | Tickler | Docket | Disposition

## Party Information

**Deutsche Bank National Trust Company, As**
- Plaintiff

**Alias**

**Party Attorney**
- Attorney
- Hogberg, Esq., Eric Benjamin
- Bar Code
- 684242
- Address
- Office of the Chief Medical Examiner, Commonwealth
  720 Albany St
  Boston, MA  02118
- Phone Number
- (617)267-6767

More Party Information

**Harrington, Wendy**
- Defendant

**Alias**

**Party Attorney**
- Attorney
- Pro Se
- Bar Code
- PROPER
- Address
- Phone Number

More Party Information

## Subsequent Action/Subject

| SA/Subject # | Status Date | Pleading Party | Responding Party | Judgments | Description | Status |
|---|---|---|---|---|---|---|
| 1 | 02/07/2017 | Harrington, Wendy | Deutsche Bank National Trust Company, As | 0 | Counterclaim | Open |

## Events

| Date | Session | Location | Type | Event Judge | Result |
|---|---|---|---|---|---|
| 02/02/2017 02:00 PM | Civil L2 Rm 710 | | Hearing for Judgment on Pleading | | Held as Scheduled |
| 05/11/2017 02:00 PM | Civil L2 Rm 710 | Courtroom 740 | Rule 12 Hearing | Inge, Hon. Garry V | Canceled |

## Ticklers

| Tickler | Start Date | Due Date | Days Due | Completed Date |
|---|---|---|---|---|
| Service | 07/25/2016 | 10/24/2016 | 91 | |
| Answer | 07/25/2016 | 11/22/2016 | 120 | |
| Rule 12/19/20 Served By | 07/25/2016 | 12/22/2016 | 150 | 03/31/2017 |
| Rule 12/19/20 Filed By | 07/25/2016 | 01/23/2017 | 182 | 03/31/2017 |
| Rule 12/19/20 Heard By | 07/25/2016 | 02/23/2017 | 213 | 03/31/2017 |
| Rule 15 Served By | 07/25/2016 | 11/22/2016 | 120 | 03/31/2017 |
| Rule 15 Filed By | 07/25/2016 | 12/22/2016 | 150 | 03/31/2017 |
| Rule 15 Heard By | 07/25/2016 | 01/23/2017 | 182 | 03/31/2017 |
| Discovery | 07/25/2016 | 05/22/2017 | 301 | 03/31/2017 |
| Rule 56 Served By | 07/25/2016 | 06/20/2017 | 330 | 03/29/2017 |
| Rule 56 Filed By | 07/25/2016 | 07/20/2017 | 360 | 03/29/2017 |
| Final Pre-Trial Conference | 07/25/2016 | 11/17/2017 | 480 | 03/29/2017 |
| Judgment | 07/25/2016 | 07/25/2018 | 730 | 03/31/2017 |

## Docket Information

| Docket Date | Docket Text | File Ref Nbr. |
|---|---|---|
| 07/25/2016 | Attorney appearance<br>On this date Andrew Carl Feldman, Esq. added as Special Appearance for Plaintiff Deutsche Bank National Trust Company, As | |
| 07/25/2016 | Case assigned to:<br>DCM Track F - Fast Track was added on 07/25/2016 | |
| 07/25/2016 | Original civil complaint filed. | 1 |
| 07/25/2016 | Civil action cover sheet filed. | 2 |
| 08/22/2016 | Service Returned for<br>Defendant Harrington, Wendy: Service made at last and usual; on 8/15/16. | 3 |
| 09/19/2016 | Wendy Harrington's request for Default 55(a)<br><br>Applies To: Harrington, Wendy (Defendant) | 4 |
| 09/19/2016 | Entered as to:<br>Defendant Harrington, Wendy: Defaulted by 55(a) request; | |
| 09/19/2016 | Document:<br>A Default order Mass. R. Civ. P. 55(a) was generated and sent to:<br>Attorney:  Andrew Carl Feldman, Esq.<br>Defendant:  Wendy Harrington | |
| 09/26/2016 | Defendant Wendy Harrington's   Motion to<br>set aside default | 5 |
| 10/06/2016 | Endorsement on Motion to set aside default (#5.0): ALLOWED | |
| 10/06/2016 | Attorney appearance<br>On this date Pro Se added for Defendant Wendy Harrington | |
| 10/06/2016 | General correspondence regarding received from Pro Se Defendant Wendy Harrington to file answer to the correct docket no. | 6 |
| 10/06/2016 | Received from<br>Defendant Harrington, Wendy: Answer to original complaint; (answer was filed on 6/6/16) | 7 |

| Docket Date | Docket Text | File Ref Nbr. |
|---|---|---|
| 10/06/2016 | Received from Defendant Harrington, Wendy: Answer to original complaint; | 8 |
| 11/21/2016 | Defendant Wendy Harrington's Motion to Extend deadline for Service of Motion under MRCP 12, 19 and 20 and Motion for leave of Court to file Counterclaim | 9 |
| 12/16/2016 | Endorsement on Motion to Extend deadline for service of motions under MRCP 12, 19 and 20 and Motion For Leave of court to file counterclaim (#9.0):  ALLOWED<br>Motion to extend deadline for service of motions is Allowed.(Dated: 12/13/16) notice sent 12/16/16 | |
| 12/19/2016 | Plaintiff Deutsche Bank National Trust Company, As Trustee for Securitized Asset Backed Receivables LLC Trust 2007-HEI, Mortgage Pass-Through Certificates Series 2007-HE1's Motion for Judgment On The Pleadings Pursuant To Mass.R.Civ.P. (c). | 10 |
| 12/19/2016 | Deutsche Bank National Trust Company, As Trustee for Securitized Asset Backed Receivables LLC Trust 2007-HEI, Mortgage Pass-Through Certificates Series 2007-HE1's Memorandum in support of Plaintiff Deutsche Bank National Trust Company, As Trustee for Securitized Asset Backed Receivables LLC Trust 2007-HEI, Mortgage Pass-Through Certificates Series 2007-HE1's Motion for Judgment On The Pleadings Pursuant To Mass.R.Civ.P. (c). | 10.1 |
| 12/19/2016 | Affidavit of compliance with Superior Court Rule 9A<br><br>Applies To: Deutsche Bank National Trust Company, As Trustee for Securitized Asset Backed Receivables LLC Trust 2007-HEI, Mortgage Pass-Through Certificates Series 2007-HE1 (Plaintiff) | 10.2 |
| 12/19/2016 | Opposition to Plaintiff Deutsche Bank National Trust Company, As Trustee for Securitized Asset Backed Receivables LLC Trust 2007-HEI, Mortgage Pass-Through Certificates Series 2007-HE1's Motion for Judgment On The Pleadings Pursuant To Mass.R.Civ.P. (c). filed by<br><br>Applies To: Harrington, Wendy (Defendant) | 10.3 |
| 12/19/2016 | Opposition to Plaintiff Deutsche Bank National Trust Company, As Trustee for Securitized Asset Backed Receivables LLC Trust 2007-HEI, Mortgage Pass-Through Certificates Series 2007-HE1's To Extend Filing Deadlines For RULES 12, 19 and 20 Motions And Motion For Leave Of Court To File Counterclaim filed by<br><br>Applies To: Deutsche Bank National Trust Company, As Trustee for Securitized Asset Backed Receivables LLC Trust 2007-HEI, Mortgage Pass-Through Certificates Series 2007-HE1 (Plaintiff) | 10.4 |
| 12/21/2016 | The following form was generated:<br><br>Notice to Appear<br>Sent On:  12/21/2016 09:25:24 | |
| 01/09/2017 | Attorney appearance<br>On this date Andrew Carl Feldman, Esq. dismissed/withdrawn as Special Appearance for Plaintiff Deutsche Bank National Trust Company, As Trustee for Securitized Asset Backed Receivables LLC Trust 2007-HEI, Mortgage Pass-Through Certificates Series 2007-HE1 | |
| 01/09/2017 | Attorney appearance<br>On this date Eric Benjamin Hogberg, Esq. added for Plaintiff Deutsche Bank National Trust Company, As Trustee for Securitized Asset Backed Receivables LLC Trust 2007-HEI, Mortgage Pass-Through Certificates Series 2007-HE1 | |
| 01/23/2017 | Opposition to Plaintiff's Motion for Judgment on the Pleadings filed by | 11 |
| 02/02/2017 | Event Result:<br>The following event: Hearing for Judgment on Pleading scheduled for 02/02/2017 02:00 PM has been resulted as follows:<br>Result: Held as Scheduled | |
| 02/07/2017 | Counterclaim filed.<br>Filed in court | 12 |
| 02/27/2017 | Plaintiff's Notice of intent to file motion to dismiss defendant's counterclaims<br><br>Applies To: Deutsche Bank National Trust Company, As Trustee for Securitized Asset Backed Receivables LLC Trust 2007-HEI, Mortgage Pass-Through Certificates Series 2007-HE1 (Plaintiff) | 13 |
| 03/16/2017 | Plaintiff Deutsche Bank National Trust Company, As Trustee for Securitized Asset Backed Receivables LLC Trust 2007-HEI, Mortgage Pass-Through Certificates Series 2007-HE1's Motion to Dismiss Defendant's Counterclaim | 14 |
| 03/16/2017 | Affidavit of compliance with Superior Court Rule 9A<br><br>Applies To: Hogberg, Esq., Eric Benjamin (Attorney) on behalf of Deutsche Bank National Trust Company, As Trustee for Securitized Asset Backed Receivables LLC Trust 2007-HEI, Mortgage Pass-Through Certificates Series 2007-HE1 (Plaintiff) | 14.1 |
| 03/16/2017 | Opposition to Motion to Dismiss filed by Wendy Harrington | 14.2 |

| Docket Date | Docket Text | File Ref Nbr. |
|---|---|---|
| 03/21/2017 | The following form was generated:<br><br>Notice to Appear<br>Sent On: 03/21/2017 10:06:36 | |
| 03/28/2017 | Defendant Wendy Harrington's Motion for<br>Stay of Discovery | 15 |
| 03/28/2017 | Opposition to Defendant Wendy Harrington's Motion for Stay of Discovery and Motion to compel Deft's Discovery Responses filed by<br><br>Applies To: Deutsche Bank National Trust Company, As Trustee for Securitized Asset Backed Receivables LLC Trust 2007-HEI, Mortgage Pass-Through Certificates Series 2007-HE1 (Plaintiff) | 15.1 |
| 03/31/2017 | MEMORANDUM & ORDER:<br><br>MEMORANDUM OF DECISION AND ORDER ON THE PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS<br>ORDER:<br>[For the foregoing reasons] The Trust's Motion for Judgment on the Pleadings is ALLOWED. Declaratory relief shall enter in favor of the plaintiff to (1) rescind the foreclosure sale by public auction, (2) rescind the foreclosure by entry, (3) nullify the foreclosure deed, certificate of entry, and quitclaim deed to Harrington, and (4) revive the Trust's mortgage to its senior lien position subject to the terms of the Modification Agreement.<br>Dated 3/29/17 | 16 |
| 03/31/2017 | JUDGMENT on the Pleadings entered:<br><br>After hearing and consideration thereof; Plaintiff's Motion for Judgment on the Pleadings.<br><br>It is ORDERED and ADJUDGED:<br>ORDER:<br>[For the foregoing reasons] The Trust's Motion for Judgment on the Pleadings is ALLOWED. Declaratory relief shall enter in favor of the plaintiff to (1) rescind the foreclosure sale by public auction, (2) rescind the foreclosure by entry, (3) nullify the foreclosure deed, certificate of entry, and quitclaim deed to Harrington, and (4) revive the Trust's mortgage to its senior lien position subject to the terms of the Modification Agreement. | 17 |
| 04/28/2017 | Defendant's Notice of intent to file motion to vacate judgment<br><br>Applies To: Harrington, Wendy (Defendant) | 18 |
| 11/01/2017 | Defendant Wendy Harrington's Motion to<br>request a hearing to determine indigency.<br><br>Filed in Court and after review motion to approve affidavit of indigency is allowed - affidavit is approved. (For purpose of obtaining recording of court hearing).<br>Dated November 1, 2017<br><br>Judge: Inge, Hon. Garry V | 19 |
| 11/01/2017 | Affidavit of Indigency and request for waiver substitution of state payment of fees and costs filed without Supplemental affidavit<br>(IMPOUNDED)<br><br>Judge: Inge, Hon. Garry V<br>Applies To: Harrington, Wendy (Defendant) | 20 |
| 06/14/2018 | Defendant Wendy Harrington's motion to vacate judgment | 21 |
| 06/14/2018 | Certificate of Compliance Superior Court Rule 9A | 21.1 |
| 06/14/2018 | Opposition to #21 motion. filed by Deutsche Bank National Trust Company, As Trustee for Securitized Asset Backed Receivables LLC Trust 2007-HEI, Mortgage Pass-Through Certificates Series 2007-HE1 | 21.2 |
| 07/31/2018 | Endorsement on Motion to Vacate Judgment (#21.0): DENIED<br>After review, Motion is DENIED. Dated: July 30, 2018<br><br>Judge: Kazanjian, Hon. Helene | |
| 08/24/2018 | Defendant Wendy Harrington's Motion for<br>Reconsideration and Motion to Recuse | 22 |
| 08/31/2018 | Endorsement on Motion for Reconsideration (#22.0): DENIED<br>Dated: August 31, 2018<br><br>Judge: Kazanjian, Hon. Helene | |
| 06/28/2019 | Notice of docket entry received from Appeals Court<br>NOTICE OF DOCKET ENTRY: You are hereby notified that on June 25, 2019, the following was entered on the docket of the above referenced case: JUDGMENT: as on file. (Budd, J.) | 23 |

| Docket Date | Docket Text | File Ref Nbr. |
|---|---|---|
| 08/21/2019 | Notice of Appeal: In accordance with MRAP 14<br><br>Applies To: Harrington, Wendy (Defendant) | 24 |
| 09/12/2019 | Notice of assembly of record sent to Counsel | 25 |
| 09/12/2019 | Notice to Clerk of the Appeals Court of Assembly of Record | 26 |
| 09/12/2019 | Appeal: Statement of the Case on Appeal (Cover Sheet). | 27 |
| 10/21/2019 | Court received NOTICE OF FAILURE TO ENTER APPEAL TIMELY PURSUANT TO MASS. R. APP. P. 10(a)(l): related to appeal<br>On September 12, 2019, the Middlesex County Superior Court - Woburn transmitted a notice of assembly to the Appeals Court in the above-referenced case, pursuant to Mass. R. Ap. P. 9(e). The Appeals court received the notice on September 12, 2019. Pursuant to Rule 10(a)(l) of the Massachusetts Rules of Appellate Procedure, each appellant has 14 days from its receipt of the notice of assembly to enter the appeal in the Appeals Court by paying the required entry fee or moving for waiver of the fee on grounds of indigency. As of today's date, October 18, 2019, no appellant has entered the appeal pursuant to Mass. R. APP. P. 10(a)(l). A copy of this notice is sent this date to the active counsel and self-represented litigants identified on the above notice of assembly. | 28 |

### Case Disposition

| Disposition | Date | Case Judge |
|---|---|---|
| Disposed by Court Finding | 03/31/2017 | |