# EXHIBIT H

SUPREME JUDICIAL COURT
for Suffolk County
Case Docket

WENDY HARRINGTON v. DEUTSCHE BANK NATIONAL TRUST CO. AS "TRUSTEE" FOR SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2007 HEI, MORTGAGE PASS-THROUGH CERTIFICATES SERVICES 2007-HEI AND MIDDLESEX SUPERIOR COURT
THIS CASE CONTAINS IMPOUNDED MATERIAL OR PID
SJ-2018-0592

## CASE HEADER

| | | | |
|---|---|---|---|
| Case Status | Disposed: Appeal by petitioner pending | Status Date | 07/26/2019 |
| Nature | In Nature of Mandamus | Entry Date | 12/18/2018 |
| Sub-Nature | Mot/Petn File Appeal Late | Single Justice | Budd, J. |
| TC Ruling | | TC Ruling Date | |
| SJ Ruling | | TC Number | |
| Pet Role Below | | Full Ct Number | |
| Lower Court | | Lower Ct Judge | Garry V. Inge, J. |

## INVOLVED PARTY / ATTORNEY APPEARANCE

**Wendy Harrington**
Pro Se Defendant/Petitioner

**Deutsche Bank National Trust Co.**
Plaintiff/Respondent — Eric Benjamin Hogberg, Esquire

**Middlesex Superior Court**
Respondent — Daniel P. Sullivan, Esquire

**Clerk - SJC for the Commonwealth**
Clerk for Commonwealth

## DOCKET ENTRIES

| Entry Date | Paper | Entry Text |
|---|---|---|
| 12/18/2018 | | Case entered. |
| 12/18/2018 | #1 | Affidavit of Indigency & Request for Waiver, Substitution or State Payment of Fees & Costs pursuant to G.L. c.261, s.27A-G. (IMPOUNDED) |
| 12/18/2018 | #2 | Complaint in the Nature of a Petition for a Writ of Mandamus and to Invoke the General Superintendence Power of the Supreme Judicial Court, filed with Exhibits 1-11, filed by Wendy Harrington, pro se. |
| 12/20/2018 | #3 | Certificate of Service of paper #'s 1 & 2 filed by Wendy Harrington, pro se. |
| 01/07/2019 | #4 | Determination Regarding Fees & Costs by Clerk:ALLOWED FORTHWITH. |
| 06/19/2019 | #5 | Facsimile Letter with Attachments to Chief Justice Gants from Wendy Harrington, Pro Se. |
| 06/20/2019 | #6 | Facsimile Letter with Attachments to Judge Gants from Wendy Harrington, Pro Se. |
| 06/25/2019 | #7 | JUDGMENT: ... "it appears that the petitioner seeks permission to file a late notice of appeal under Mass. R. App. R. 14 (b) in regards to the judgement entered on March 31, 2017 in the above-referenced Middlesex Superior Court matter. The petitioner filed her petition with the county court on December 18, 2018, more than twenty months after the trial court's entry of the judgment. Upon consideration, it is ORDERED that all requests for relief set forth in the petition and facsimiles be, and the same hereby are, DENIED without hearing." (Budd, J.) |
| 06/25/2019 | #8 | Notice to counsel/parties, regarding paper #7 filed. |
| 07/26/2019 | #9 | Notice of Appeal with Exhibits filed by Wendy Harrington, pro se. |
| 07/26/2019 | #10 | Notice of assembly of the record. |
| 07/26/2019 | #11 | Notice to counsel/parties, regarding paper #'s 9 & 10 filed. |
| 08/07/2019 | #12 | NOTICE OF ENTRY: "Pursuant to Mass. R. A. P. 10(a)(3), you are hereby notified that, on August 7, 2019, the above-referenced case was entered on the docket of this court." (Francis V. Kenneally, Clerk) |
| 08/26/2019 | #13 | Notice of Withdrawal of Appearance for Deutsche Bank National Trust Co. by Atty. Eric B. Hogberg. |

As of 02/13/2020 10:25am