# EXHIBIT J

A3093\306083941.v1

SUPREME JUDICIAL COURT
for the Commonwealth
Case Docket

WENDY HARRINGTON vs. DEUTSCHE BANK NATIONAL TRUST
COMPANY, trustee
SJC-12791

## CASE HEADER

| | | | |
|---|---|---|---|
| Case Status | Motion reconsideration pending | Status Date | 07/01/2020 |
| Nature | Superintendence, c211, s3 | Entry Date | 08/07/2019 |
| Appellant | Defendant | Case Type | Civil |
| Brief Status | Awaiting red brief | Brief Due | 09/23/2019 |
| Quorum | Gants, C.J., Lenk, Gaziano, Lowy, Cypher, JJ. | | |
| Argued Date | 04/06/2020 | Decision Date | 05/13/2020 |
| AC/SJ Number | SJ-2018-0592 | Citation | 484 Mass. 1041 |
| DAR/FAR Number | | Lower Ct Number | SJ-2018-0592 |
| Lower Court | SJC for Suffolk County | Lower Ct Judge | Garry V. Inge, J. |
| Route to SJC | Direct Entry: Appeal from Single Justice Order/Judgment | | |

## INVOLVED PARTY

**Wendy Harrington**
Pro Se Petitioner/Appellant
Blue brief filed

**Deutsche Bank National Trust Company**
Respondent/Appellee
Red brief & appendix filed
1 Enl, 114 Days

**Middlesex Superior Court**
Nominal Party
Awaiting red brief
Due 09/23/2019

## ATTORNEY APPEARANCE

Christopher John Williamson, Esquire
Eric Benjamin Hogberg, Esquire - Withdrawn

Daniel P. Sullivan, Esquire

## DOCUMENTS

Appellee Deutsche Bank Brief 📄

## DOCKET ENTRIES

| Entry Date | Paper | Entry Text |
|---|---|---|
| 08/07/2019 | #1 | Entered. |
| 08/07/2019 | #2 | (IMPOUNDED) Affidavit of indigency of Wendy Harrington. (ALLOWED forthwith. See SJ-2018-592) |
| 08/22/2019 | #3 | MOTION to accept filing of a non-conforming brief, filed for Wendy Harrington by Wendy Harrington, Pro Se Petitioner/Appellant, Pro Se. ALLOWED. |
| 08/22/2019 | #4 | SERVICE of brief (non-conforming) for Petitioner/Appellant Wendy Harrington by Wendy Harrington, Pro Se Petitioner/Appellant. |
| 08/27/2019 | #5 | Withdrawal of appearance of Eric Benjamin Hogberg, Esquire for Deutsche Bank National Trust Co.. |
| 08/29/2019 | #6 | LETTER from Middlesex Superior Court requesting to be treated as a nominal party. |
| 11/08/2019 | #7 | MOTION to enter a default judgment, filed for Wendy Harrington by Wendy Harrington, Pro Se Petitioner/Appellant, Pro Se. (Referred to the Quorum) |
| 01/03/2020 | #8 | Appearance filed for Deutsche Bank National Trust Co. by Attorney Christopher John Williamson. |
| 01/03/2020 | #9 | Motion for leave to file brief and supplemental appendix filed for Deutsche Bank National Trust Co. by Attorney Christopher John Williamson. (ALLOWED to January 15, 2020.) |
| 01/15/2020 | #10 | Appellee brief filed for Deutsche Bank National Trust Co. by Attorney Christopher John Williamson. |
| 01/15/2020 | #11 | Supplemental Appendix filed for Deutsche Bank National Trust Co. by Attorney Christopher John Williamson. |
| 01/16/2020 | | The clerk's office has received the appellee's brief and supplemental appendix through e-fileMA. The brief and appendix have been accepted for filing and entered on the docket. The appelleeshall file with the clerk 4 copies of the brief and appendix within 5 days. The clerk's office may require additional copies if necessary. |
| 01/21/2020 | #12 | Additional 4 copies of each appellee's brief and supplemental appendix filed by Deutsche Bank National Trust Company. |
| 01/28/2020 | #13 | NOTICE of March argument sent. |

| | | |
|---|---|---|
| 02/06/2020 | #14 | ORDERED for argument on March 2. Notice sent. |
| 02/19/2020 | #15 | LETTER from Middlesex Superior Court in response to the Order for Argument. |
| 03/10/2020 | #16 | ORDERED for argument on April 6. Notice sent. |
| 03/26/2020 | #17 | ORDER: Due to extenuating circumstances arising from the COVID-19 pandemic, it is ORDERED that this matter shall be deemed submitted on the briefs filed by the parties. Oral argument in this case is cancelled; the Order setting argument for April 6, 2020, is VACATED. By the Court. |
| 04/06/2020 | | Submitted on brief(s). (Gants, C.J., Lenk, J., Gaziano, J., Lowy, J., Cypher, J.). |
| 05/13/2020 | #18 | RESCRIPT (Rescript Opinion): Judgment affirmed. (By the Court) |
| 07/01/2020 | #19 | MOTION FOR RECONSIDERATION OR MODIFICATION, filed for Wendy Harrington by Wendy Harrington, Pro Se Petitioner/Appellant, Pro Se. |

As of 07/13/2020 1:20pm