# EXHIBIT K



# KORDE & ASSOCIATES, P.C.
## ATTORNEYS AT LAW

SERVING CONNECTICUT, MAINE, MASSACHUSETTS, NEW HAMPSHIRE, & RHODE ISLAND

October 4, 2019

Wendy M. Harrington a/k/a Wendy M. Clarke  
4 Mercier Street  
Dracut, MA 01826

VIA FIRST CLASS MAIL &  
CERTIFIED MAIL NO.

9489 0090 0027 6167 1509 98

RE: Deutsche Bank National Trust Company, as Trustee for Securitized Asset Backed Receivables LLC Trust 2007-HE1, Mortgage Pass-Through Certificates, Series 2007-HE1 vs. Wendy M. Harrington a/k/a Wendy M. Clarke  
Land Court Case No. 17 SM 008331  
Property Address: 4 Mercier Street, Dracut, MA 01826  
K&A No. 15-019982

Dear Sir/Madam:

You are hereby notified of the intention of Deutsche Bank National Trust Company, as Trustee for Securitized Asset Backed Receivables LLC Trust 2007-HE1, Mortgage Pass-Through Certificates, Series 2007-HE1 to foreclose by sale under the power of sale contained in a certain mortgage given by Wendy M. Harrington to Mortgage Electronic Registration Systems, Inc. acting solely as a nominee for WMC Mortgage Corp.. Enclosed you will find a copy of the Mortgagee's Sale of Real Estate which sets forth the date and time of the foreclosure sale.

The notice is provided to you because an examination of the record title shows you held an interest of record in the property thirty (30) days prior to the sale. Also enclosed is a copy of the Certification of Right to Foreclose pursuant to 209 C.M.R. 18.21A(2)(c)

THIS LETTER IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

**If you (1) did not execute the Promissory Note relating to this mortgage; (2) are in bankruptcy; or (3) have been discharged in bankruptcy, this letter is for informational purposes only and is not intended as an attempt to collect a debt or an act to collect, assess or recover all or any portion of the debt from you personally.**

Very truly yours,

Korde & Associates, P.C.

---



# KORDE & ASSOCIATES, P.C.
## ATTORNEYS AT LAW

SERVING CONNECTICUT, MAINE, MASSACHUSETTS, NEW HAMPSHIRE, & RHODE ISLAND

October 4, 2019

Spouse of Wendy M. Harrington a/k/a Wendy M. Clarke     CERTIFIED MAIL NO.
4 Mercier Street
Dracut, MA 01826

9489 0090 0027 6167 1510 01

RE:     Deutsche Bank National Trust Company, as Trustee for Securitized Asset Backed Receivables LLC Trust 2007-HE1, Mortgage Pass-Through Certificates, Series 2007-HE1 vs. Wendy M. Harrington a/k/a Wendy M. Clarke
Land Court Case No. 17 SM 008331
Property Address: 4 Mercier Street, Dracut, MA 01826
K&A No. 15-019982

Dear Sir/Madam:

You are hereby notified of the intention of Deutsche Bank National Trust Company, as Trustee for Securitized Asset Backed Receivables LLC Trust 2007-HE1, Mortgage Pass-Through Certificates, Series 2007-HE1 to foreclose by sale under the power of sale contained in a certain mortgage given by Wendy M. Harrington to Mortgage Electronic Registration Systems, Inc. acting solely as a nominee for WMC Mortgage Corp.. Enclosed you will find a copy of the Mortgagee's Sale of Real Estate which sets forth the date and time of the foreclosure sale.

The notice is provided to you because an examination of the record title shows you held an interest of record in the property thirty (30) days prior to the sale.

Very truly yours,

Korde & Associates, P.C.

---