UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WENDY HARRINGTON,<br><br>        Plaintiff,<br><br>v.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR THE SECURITIZED ASSET-BACKED RECEIVABLES LLC TRUST 2007-HE1, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-HE1,<br><br>        Defendant. | CIVIL ACTION NO. 1:19-cv-12320 |

## **AMENDED CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of July 2020, a true and accurate copies of the Defendant's Motion for Summary Judgment and related documents (ECF Nos. 31-35) were served by First Class Mail, and on the 21st day of July 2020, by e-mail, as follows:

Wendy Harrington, *Pro Se*
4 Mercier Street
Dracut, MA 01826
Cocacapi@hotmail.com

*/s/ Hale Yazicioglu Lake*
Hale Yazicioglu Lake
